B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## District of Nevada

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **LOPEZ, SONIA** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all) **xxx-xx-5784** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **900 Karen Ave. #B-109 Las Vegas, NV** ZIP Code **89109** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Clark** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ■ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☐ Full Filing Fee attached
- ■ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information** — THIS SPACE IS FOR COURT USE ONLY
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(04/13) Page 2

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s): **LOPEZ, SONIA**

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **caebke** | Case Number: **11-94324** | Date Filed: **12/21/11** |
| Location Where Filed: **See Attachment** | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X **/s/ Seth Ballstaedt, Esq.**        **July 16, 2015**
Signature of Attorney for Debtor(s)        (Date)
**Seth Ballstaedt, Esq.**

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **LOPEZ, SONIA** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ SONIA LOPEZ**
Signature of Debtor  **SONIA LOPEZ**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**July 16, 2015**
Date

### Signature of Attorney*

**X  /s/ Seth Ballstaedt, Esq.**
Signature of Attorney for Debtor(s)

**Seth Ballstaedt, Esq. 11516**
Printed Name of Attorney for Debtor(s)

**Ballstaedt Law Firm**
Firm Name

**9480 S Eastern Ave, Suite 213**
**Las Vegas, NV 89123**

_____
Address

Email: Help@ballstaedtlaw.com
**702-715-0000  Fax: 702-666-8215**
Telephone Number

**July 16, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

In re    **SONIA LOPEZ**                                                            ,    Case No. _____
                                              Debtor

# FORM 1. VOLUNTARY PETITION
## Prior Bankruptcy Cases Filed Attachment

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| **caebke** | **09-91977** | **06/29/09** |
| **caebke** | **09-90730** | **03/20/09** |

B 1D (Official Form 1, Exhibit D) (12/09)

**United States Bankruptcy Court**
**District of Nevada**

In re   **SONIA LOPEZ**                                                                 Case No.
                                           Debtor(s)                                    Chapter   **13**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ SONIA LOPEZ**
                      **SONIA LOPEZ**

Date: **July 16, 2015**

.

SONIA LOPEZ
900 Karen Ave. #B-109
Las Vegas, NV 89109

Seth Ballstaedt, Esq.
Ballstaedt Law Firm
9480 S Eastern Ave, Suite 213
Las Vegas, NV 89123

Aargon Agency Inc
Acct No xxxxxx8983
8668 Spring Mountain Rd
Las Vegas, NV 89117

Acceptance Now
Acct No xxxxxxxxxxxxxxxxxx0123
5501 Headquarters Dr
Plano, TX 75024

Acs/Wachovia Ed Financ
Acct No xxxxxx7841
501 Bleecker St
Utica, NY 13501

Acs/Wachovia Ed Financ
Acct No xxxxxx7843
501 Bleecker St
Utica, NY 13501

Acs/Wachovia Ed Financ
Acct No xxxxxx7844
501 Bleecker St
Utica, NY 13501

Acs/Wachovia Education
Acct No xxxxxx7842
501 Bleecker St
Utica, NY 13501

Acs/Wachovia Education
Acct No xxxxxx7845
501 Bleecker St
Utica, NY 13501

Acs/Wells Fargo
Acct No xxxxxx7846
501 Bleecker St
Utica, NY 13501

Aes/Chase Elt Wac Llcn
Acct No xxxxxxxxxxxx0001
Po Box 61047
Harrisburg, PA 17106

```
Aes/Chase Elt Wac Llcn
Acct No xxxxxxxxxxxx0002
Po Box 61047
Harrisburg, PA 17106

Aes/Pheaa
Acct No xxxxxxxx4002
Po Box 61047
Harrisburg, PA 17106

Bk Of Amer
Acct No xxxxxxxxxxxx5623
Po Box 982235
El Paso, TX 79998

Brilena Inc.
2020 Camino Del Rio N 230
San Diego, CA 92108

Cavalry Port
Acct No xxxx9584
500 Summit Lake Dr Suite 400
Valhalla, NY 10595

Chase Mtg
Acct No xxxxxxxxx6978
Po Box 24696
Columbus, OH 43224

Clark County Assessor
Acct No DO NOT DELETE
C/O Bankruptcy Clerk
500 S. Grand Central Parkway
Box 551401
Las Vegas, NV 89155-1401

Clark County Collectio
Acct No xxx7256
8860 W Sunset Rd Ste 100
Las Vegas, NV 89148

Clark County Collectio
Acct No xxx8721
8860 W Sunset Rd Ste 100
Las Vegas, NV 89148

Clark County Collectio
Acct No xxx1683
8860 W Sunset Rd Ste 100
Las Vegas, NV 89148
```

```
Clark County Treasurer
Acct No DO NOT DELETE
c/o Bankruptcy Clerk
500 S Grand Central Pkwy
Box 551220
Las Vegas, NV 89155-1220

CNA foreclosure Service
2020 Camino Del Rio N 230
San Diego, CA 92108

Conns Credit Corp
Acct No xxxxx8430
3295 College St
Beaumont, TX 77701

Dept Of Education/Neln
Acct No xxxxxxxxxx1286
121 S 13th St
Lincoln, NE 68508

Dept Of Education/Neln
Acct No xxxxxxxxxx1086
121 S 13th St
Lincoln, NE 68508

Dept Of Education/Neln
Acct No xxxxxxxxxx0886
121 S 13th St
Lincoln, NE 68508

Dept Of Education/Neln
Acct No xxxxxxxxxx0586
121 S 13th St
Lincoln, NE 68508

Dept Of Education/Neln
Acct No xxxxxxxxxx0786
121 S 13th St
Lincoln, NE 68508

Dept Of Education/Neln
Acct No xxxxxxxxxx0986
121 S 13th St
Lincoln, NE 68508

Dept Of Education/Neln
Acct No xxxxxxxxxx0686
121 S 13th St
Lincoln, NE 68508

Dept Of Education/Neln
Acct No xxxxxxxxxx1386
121 S 13th St
Lincoln, NE 68508
```

```
Dept Of Education/Neln
Acct No xxxxxxxxxx1186
121 S 13th St
Lincoln, NE 68508

Dept. of Employment, Training & Rehab
Acct No DO NOT DELETE
Employment Security Division
500 East Third Street
Carson City, NV 89713

Fin Cr Netwk
Acct No xxx4567
1300 W Main
Visalia, CA 93277

Finance & Thrift Compa
Acct No xxxxx1001
268 N Main St
Porterville, CA 93257

Financial Credit Netwo
Acct No xxx3464
1300 W Main St
Visalia, CA 93291

Financial Credit Netwo
Acct No xxx4377
1300 W Main St
Visalia, CA 93291

Financial Credit Netwo
Acct No xxx5727
1300 W Main St
Visalia, CA 93291

Financial Credit Netwo
Acct No xxx9873
1300 W Main St
Visalia, CA 93291

Financial Credit Netwo
Acct No xxx9846
1300 W Main St
Visalia, CA 93291

First Data
Acct No xxxxxxxx5000
265 Broad Hollow R
Melville, NY 11747

Hunter Warfield
Acct No xxx2521
4620 Woodland Corporate
Tampa, FL 33614
```

```
Hunter Warfield, Inc
Acct No xxx2521
3111 West Mlk,Jr Bvd,2nd Floor
Tampa, FL 33607

Internal Revenue Service
Acct No DO NOT DELETE
PO Box 7346
Philadelphia, PA 19101-7346

J&L Teamworks
Acct No xxx2336
651 N Cherokee Ln
Lodi, CA 95240

J&L Teamworks
Acct No xxx9759
651 N Cherokee Ln
Lodi, CA 95240

J&L Teamworks
Acct No xxx7713
651 N Cherokee Ln
Lodi, CA 95240

Lamont Hanley & Associ
Acct No xxx0349
1138 Elm St
Manchester, NH 03101

LR 2002 // Fed Rules 5003 notice ADDRESS
Acct No DO NOT DELETE


Massachusetts Department of Revenue
Acct No DO NOT DELETE
Bankruptcy Unit
PO Box 9564
100 Cambridge Street, 7th Floor
Boston, MA 02114-9564

Mci
Acct No xxxx6844
500 Technology Dr Ste 30
Weldon Spring, MO 63304

Mci
Acct No xxxx2034
500 Technology Dr Ste 30
Weldon Spring, MO 63304

Natl Univ
Acct No xxx8766
11355 North  Torre
La Jolla, CA 92037
```

```
Nevada Dept. of Taxations, Bankruptcy
Acct No DO NOT DELETE
555 E Washington Ave, #1300
Las Vegas, NV 89101

Quality Acceptance Llc
Acct No xxxxx8943
14546 Hamlin St
Van Nuys, CA 91411

Quantum Collections
Acct No xxxx3801
3224 Civic Center Dr
North Las Vegas, NV 89030

Resmae Mortgage Corpor
Acct No xxxxxx6933
3350 E Birch St Ste 102
Brea, CA 92821

So Calif Edison Compan
Acct No xxxxx4242
2131 Walnut Grove Ave
Rosemead, CA 91770

Staniscccontr
Acct No xxxxxxx40N1
914 14th St
Modesto, CA 95354-1011

State of Nevada Dept. of Motor Vehicles
Acct No DO NOT DELETE
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

Td Bank Usa/Targetcred
Acct No xxxxx2707
Po Box 673
Minneapolis, MN 55440

Tnb - Target
Acct No x0311
Po Box 673
Minneapolis, MN 55440

Trident Asset Manageme
Acct No xxxxxx0349
53 Perimeter Ctr E Ste 4
Atlanta, GA 30346

United States Trustee
Acct No DO NOT DELETE
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101
```

```
Us Bank
Acct No xxxxxxxxxxxx4621
4325 17th Ave S
Fargo, ND 58125

Us Dept Ed
Acct No xxxxxx7841
Po Box 7202
Utica, NY 13504-7202

Us Dept Ed
Acct No xxxxxx7842
Po Box 7202
Utica, NY 13504-7202

Us Dept Ed
Acct No xxxxxxxxxxx8886
Po Box 7202
Utica, NY 13504-7202

Us Dept Ed
Acct No xxxxxxxxxxx8986
Po Box 7202
Utica, NY 13504-7202

Us Dept Ed
Acct No xxxxxxxxxxx9086
Po Box 7202
Utica, NY 13504-7202

Us Dept Ed
Acct No xxxxxxxxxxx9186
Po Box 7202
Utica, NY 13504-7202

Us Dept Ed
Acct No xxxxxxxxxxx9286
Po Box 7202
Utica, NY 13504-7202

Us Dept Ed
Acct No xxxxxxxxxxx9386
Po Box 7202
Utica, NY 13504-7202

Us Dept Ed
Acct No xxxxxxxxxxx9486
Po Box 7202
Utica, NY 13504-7202

Us Dept Ed
Acct No xxxxxxxxxxx9586
Po Box 7202
Utica, NY 13504-7202
```

```
Us Dept Ed
Acct No xxxxxxxxxxx5786
Po Box 7202
Utica, NY 13504-7202

Wachovia Ed Finance
Acct No xxxxxx7846
501 Bleecker St
Utica, NY 13501

Wells Fargo
Acct No xxxxxxxxxxxxx9001
Po Box 29704
Phoenix, AZ 85038

Wf Efs
Acct No xxxx2297
Po Box 84712 Po Box 84712
Sioux Falls, SD 57117

Wf Efs
Acct No xxxx2309
Po Box 84712 Po Box 84712
Sioux Falls, SD 57117

Wf Efs
Acct No xxxx9968
Po Box 84712 Po Box 84712
Sioux Falls, SD 57117

Wf Efs
Acct No xxxx9970
Po Box 84712 Po Box 84712
Sioux Falls, SD 57117

Xls/Cit
Acct No xxxxxxxxxxxxx0002
1 Cit Dr
Livingston, NJ 07039

Xls/Cit
Acct No xxxxxxxxxxxxx0001
1 Cit Dr
Livingston, NJ 07039
```