RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE                                          E-FILED
701 Bridger Ave
Suite 820
Las Vegas, NV 89101
(702) 853-4500

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

IN RE:                                                          CASE NO: BKS-15-14086-MKN
SONIA LOPEZ

CHAPTER 13
Hearing Date: 10/08/2015
Hearing Time: 1:30 PM

BALLSTAEDT LAW FIRM
Attorney for the Debtor

**TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN
COMBINED WITH TRUSTEE'S RECOMMENDATION FOR DISMISSAL**

Chapter 13 Bankruptcy Trustee, RICK A YARNALL, TRUSTEE, hereby obejcts to confirmation of the Chapter 13 Plan. The Debtor filed for Chapter 13 relief on 07/16/2015. The 341(a) Meeting of Creditors held on 09/01/2015 at 9:00 am was concluded. The Trustee objects to confirmation of the plan for the following reason:

- Debtor failed to commence making timely payments under § 1326. Trustee requests that this case be dismissed pursuant to § 1307(c)(4).

In order to complete his investigation into the Debtor's financial affairs, Trustee requires the following documentation:

- Form B21 and the Declaration re: Electronic Filing of Petition with original signatures;
- Verification of all sources of income received each month through confirmation of the plan;
- Evidence that vehicle payments are current;
- Evidence that mortgage payments are current;
- Paystubs: Profit and Loss statements for Rental property January through June
- Bank Statements: Wells Fargo #3327 January 1st through 23rd
- Copy of Rental Agreement

- Other: Provide documentation as to source of large deposits and use of funds:

Wells Fargo #3327 May 7th $2500 deposit. Provide explanation of basis for disputing debt(s) on Schedule D.

- Other: Provide a complete list of all business assets, equipment, inventory, & A/R with value fro Behavioral Counseling of Las Vegas, LLC.

- Other: Provide documentation to support entertainment expense as stated on Schedule J. file change of address

Trustee asks that this Court allow him to supplement this opposition after all required documents have been provided to the Trustee. In the event that the documents are not provided, Trustee requests that the case be dismissed pursuant to § 521(a)(3).

Trustee requests that the following amendments are made:

- Schedule I: to include business location;
- The Statement of Financial Affairs Lines 1-2 to list prior years of income;
- The Statement of Financial Affairs Lines 18-25 must be completed;

Trustee objects to the following exemptions claimed on Schedule C:

- Other: Tax refund exempted under NRS 21.90(1)(z) Must state an actual value

These objections increase Debtor's commitment period, therefore Trustee requests that confirmation of the plan be Denied.

Trustee objects to the following lines on the Debtor's Form B22C2:

- Line 43 - Deductions for Special Circumstances: Provide documentation to support business expenses.

These objections increase the Debtor's disposable income. Debtor's plan does not provide for all of Debtor's disposable income, therefore Trustee requests that confirmation of the plan be denied.

Trustee further opposes confirmation for the following reasons:

- Plan requires the Debtor to value property. Trustee asks that this Court withhold from confirming the instant plan until an order valuing the property has been entered;
- Other: Section 1.05 incomplete.

Section 1.11 tax refunds to be turned over 2015-2019; Section 2.19 is insufficient to support.

Trustee reserves the right to make further objections to confirmation and requests for documentation until the above mentioned documents have been received, amendments have been made, and the plan is ultimately confirmed or dismissed. In the event that the Debtor(s) fail to timely resolve Trustee's objection to confirmation, Trustee requests that confirmation be denied and the case be dismissed.

Therefore, the Trustee objects to confirmation for the foregoing reasons and recommends that this case be dismissed.

DATED this 1st day of September, 2015.

/s/ Rick A. Yarnall

RICK A. YARNALL

Chapter 13 Bankruptcy Trustee

701 Bridger Ave, Suite 820

Las Vegas, Nevada  89101