NVB 105-2(1/15)

SETH D. BALLSTAEDT, ESQ.
Nevada Bar No.: 11516
BALLSTAEDT LAW FIRM
9480 S. Eastern Ave, Ste 213
Las Vegas, Nevada 89123
Phone: (702) 715-0000
Fax: (702) 666-8215
help@ballstaedtlaw.com

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

\* \* \* \* \* \*

In re: SONIA LOPEZ                    )   BK 15-14086-MKN
                                      )
                                      )   CHAPTER 13
                                      )
                                      )   DEBTOR'S VERIFIED EX PARTE
              Debtor(s).              )   MOTION FOR REFERRAL TO
                                      )   MORTGAGE MODIFICATION
                                      )   MEDIATION

The Debtor files this Verified Ex Parte Motion for Referral to Mortgage Modification Mediation ("Ex Parte Motion") and requests the Court enter an Order Granting Debtor's Ex Parte Motion for Referral to Mortgage Modification Mediation" ("Ex Parte Order") referring Debtor and UNIFIED MORTGAGE SERVICE, INC ("Lender") to Mortgage Modification Mediation ("MMM") and states as follows:

1. Debtor is an individual who has filed for bankruptcy relief under, or converted to, chapter 13 on 7/16/2015.

2. Debtor requests MMM for real property ("Property") located at the following street address:#819 NORTH DIVISADERO STREET, VISALIA, CALIFORNIA 93291; account number for this Property is 0047(last four digits).

   a. The Property is (check one box):

      ☐ the Debtor's primary residence.

- 1 -

    ✓ not the Debtor's primary residence.

 b. Borrowers obligated on the promissory note and mortgage on the Property are (check one box):

  ☐ Debtor only.

  ☐ Debtor and non-filing co-obligor/co-borrower/third party.

  Contact information for co-obligor/co-borrower/third party:

   Name: _____
   Address: _____
   _____
   Telephone: _____
   Email: _____

  ☐ Other:

   Name: _____
   Address: _____
   _____
   Telephone: _____
   Email: _____

 c. If applicable, Debtor has filed with this Motion the MMM Local Form "Third Party's Consent to Attend and Participate in Mortgage Modification Mediation" signed by each co-obligor/co-borrower/third party listed above.

3. Debtor intends to (check all boxes that apply):

  ☐ modify the mortgage on the Debtor's primary residence.

  ✓ modify the mortgage on Property that is not the Debtor's primary residence.

  ☐ surrender the Property to the Lender.

4. Prior to filing this motion, Debtor's information was entered into the court-approved on-line program that facilitates the preparation of the Debtor's loan modification package ("Document Preparation Software"). Debtor's initial loan modification forms have been generated and are ready for signature and submission. Debtor has also collected all of the required supporting documentation as required by the Document Preparation Software (such documentation and forms referred collectively to as "Debtor's Prepared Package") and is prepared to submit the supporting documentation along with the modification forms. Debtor has paid the Document Preparation Software fee to the approved vendor.

5. Prior to filing this motion, Debtor has determined that:

- ☐ Lender is registered with the approved Mortgage Modification Mediation Portal ("MMM Portal");
- ✓ Lender is not registered. Debtor requests the Court require Lender, within seven days after the entry of the Order, to register with the MMM Portal and provide to the MMM Portal vendor any forms or documents which Lender may require to initiate a review under the MMM. The MMM Portal vendor shall post any such forms or documents to the Lender's profile on the MMM Portal.

6. Debtor requests Lender consider (check as many boxes as applicable):
- ✓ a HAMP or government sponsored loan modification.
- ✓ a conventional loan modification.

- 3 -

☐ a deed in lieu of foreclosure.

☐ surrender options.

☐ other: _____.

7. IF DEBTOR IS REQUESTING NON-RETENTION (SURRENDER) OPTIONS:

   a. Debtor will submit all additional documents required for surrender as provided for on the MMM Portal.

   b. Debtor represents that the property has not been listed for sale.

8. If the Debtor is represented by an attorney, Debtor remitted the required Mediator's fee pursuant to the MMM Procedures to the Debtor's attorney. Debtor understands and acknowledges that after the mediator is designated, the mediator's fee is not refundable for any reason at any time;

9. If the Debtor is not represented by an attorney, the Debtor obtained a money order or a cashier's check to pay the required mediator's fee pursuant to the MMM Procedures; a copy of that money order or cashier's check is attached. Debtor understands and acknowledges that after the mediator is designated, the mediator's fee is not refundable for any reason at any time;

10. Within seven days after filing the MMM Local Form "Debtor's Notice of Selection of Mortgage Modification Mediator" (or "Notice of Clerk's Designation of Mortgage Modification Mediator") or the Lender's registration on the MMM Portal, whichever occurs later, Debtor shall upload and submit through the MMM Portal, Debtor's Prepared Package, together with any additional forms or documents which Lender has posted on the MMM Portal, and pay a non-

- 4 -

refundable MMM Portal submission fee. In addition, the Debtor will upload the Order to the MMM Portal and designate the selected mediator as part of the Debtor's submission;

11. Debtor will forward the mediator's fee directly to the mediator within seven days after designation of the mediator;

12. If Debtor is represented by counsel, Debtor consents to Lender communicating directly with Debtor's attorney for any and all aspects of the mortgage modification mediation program;

13. If Debtor is not represented by counsel, Debtor may be contacted at the following phone number(s) and email address: _____

_____.

WHEREFORE, Debtor requests that the Ex Parte Motion be granted and for such other and further relief as this Court deems proper.

### DEBTOR'S VERIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury the foregoing is true and correct on October 9, 2015.

 /s/  Sonia Lopez
Debtor

Submitted by:

/s/ Seth Ballstaedt LLC                    Dated: 10/9/2015
Attorney for Debtor(s)