NVB 105-3(3/15)

SETH D. BALLSTAEDT, ESQ.
Nevada Bar No.: 11516
BALLSTAEDT LAW FIRM
9480 S. Eastern Ave, Ste 213
Las Vegas, Nevada 89123
Phone: (702) 715-0000
Fax: (702) 666-8215
help@ballstaedtlaw.com

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| In re:  SONIA LOPEZ | ) BK 15-14086-MKN |
| | ) |
| | ) CHAPTER 13 |
| | ) |
| Debtor(s). | ) ORDER ON DEBTOR'S VERIFIED EX PARTE MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION |
| | ) |
| | ) |
| | ) |

This matter came before the Court upon the Debtor's Verified Ex Parte Motion for Referral to Mortgage Modification Mediation ("Ex Parte Motion") filed on <u>10/9/2015</u>

It is **ORDERED** as follows:

       1.      The Ex Parte Motion is granted. The Lender may seek reconsideration of this Order by filing a written motion on or before 14 days after entry of the Order. If a timely motion for reconsideration is filed, the moving party will promptly

schedule a hearing.  In the event a motion for reconsideration is timely filed, all deadlines set forth in this Order shall be suspended pending resolution of the motion, but all other provisions shall remain in effect;

2.      The Debtor and Lender are required to participate in Mortgage Modification Mediation ("MMM") in good faith and may be subject to possible sanctions by the Court for violation of this requirement, including vacating this order. MMM shall be concluded not later than 150 days from the date of the Order, unless extended by written consent on the approved Mortgage Modification Mediation Portal ("MMM Portal"), by stipulation of the parties or by court order;

3.      All communications and information exchanged during MMM are privileged and confidential and shall be inadmissible in any subsequent proceeding as provided by Rule 408 of the Federal Rules of Evidence, except in circumstances of a motion for failure to participate in good faith under the MMM program and procedures and/or subsequent mediation negotiation under this Chapter and/or the State of Nevada Foreclosure Mediation Program;

4.      All written communication between the parties regarding the mediation must be sent through the approved MMM Portal only, unless otherwise ordered by the Court. Any litigated matters incidental to the mediation shall be considered as separate matters and not subject to the portal communication requirement;

5.      Within seven days after entry of this Order, the Lender and, if applicable, Lender's counsel shall register with the MMM Portal, unless already registered, and provide to the MMM Portal vender any forms or documents which Lender

may require to initiate a review under the MMM.  The MMM Portal vendor shall post any such forms or documents to the Lender's profile on the MMM Portal.  If the Lender fails to so register, the Debtor may file a motion with the Court seeking sanctions against the Lender for Lender's failure to register;

6.      Lender's counsel or representative shall have the authority (within the investor's guidelines) to settle and will attend and continuously participate in all MMM conferences in this case;

7.      Debtor shall, within seven days after the filing of Debtor's Notice of Selection of Mortgage Modification Mediator (or Notice of Clerk's Designation of Mortgage Modification Mediator), or after confirming that the Lender is registered on the MMM Portal, whichever occurs later, remit to the MMM Portal the required non-refundable MMM Portal submission fee, and upload to the MMM Portal the following (collectively, the "Completed Package"):

        (a)    Debtor's loan modification package (prepared using the Document Preparation Software);

        (b)    a copy of this Order; and

        (c)    any additional lender-specific information identified by Lender on the MMM Portal.

8.      The Lender shall, within seven days after Debtor's delivery of the "Completed Package," acknowledge receipt of Debtor's information on the MMM Portal and designate its single point of contact and outside legal counsel (if any);

9.      In the event the Lender requires additional or missing information to consider the Debtor's requested mortgage modification options as specified in the Ex Parte Motion, the Lender shall so notify Debtor through the MMM Portal within seven days of Debtor's submission ("Notice").  The Debtor shall provide all additional documents through the MMM Portal within seven days of the Notice;

10.     The Lender shall timely underwrite the loan modification request;

11.     If the Lender transfers the loan, the Lender must provide a copy of the Order to the new holder of the loan ("Successor Lender"), and the Successor Lender will be obligated to comply with all terms of this Order;

12.     **PROCESS FOR SELECTION OF MEDIATOR**:

(a)     The parties shall have 14 days from the date of this Order to select a mediator. If the parties agree on the selection of a mediator, the Debtor shall file the MMM Local Form "Debtor's Notice of Selection of Mortgage Modification Mediator" (Check Box 1 and insert mediator name and contact information), serve a copy of the notice on all required parties, and file a Certificate of Service pursuant to Local Rule 2002;

(b)     If the Lender fails to communicate with the Debtor within the 14 day period established for the mediator selection process, the Debtor shall, within seven days, independently select a mediator and file the "Debtor's Notice of Selection of Mortgage Modification Mediator" (Check Box 2 and insert mediator name and contact information), serve a copy of the

notice on all required parties, and file a Certificate of Service pursuant to Local Rule 2002. In this instance, it shall be deemed that the Lender has waived the right to challenge Debtor's selection of a Mediator;

(c)    If the parties attempt to reach agreement on the selection of a Mediator, but fail to do so, the Debtor shall file the "Debtor's Notice of Selection of Mortgage Modification Mediator" (Check Box 3 indicating an impasse), serve a copy of the notice on all required parties, and file a Certificate of Service pursuant to Local Rule 2002. The clerk shall then randomly select a mediator from the clerk's Mediation Register pursuant to the MMM Program Procedures, without the necessity of a hearing. The clerk shall serve notice of the mediator selection on the Debtor using the MMM Local Form "Notice of Clerk's Designation of Mortgage Modification Mediator." Any challenge to the clerk's designation of mediator shall be resolved in accordance with the MMM Program Procedures.

13.    Debtor shall assign the mediator as the mediator in this case on the MMM Portal as part of Debtor's submission on the MMM Portal as provided in Paragraph 7 above;

14.    The mediator shall be:

(a)    governed by the subject to the Model Standards of Conduct for Mediators as adopted by the American Arbitration Association, American Bar Association, and Association of Conflict Resolution. Mediators shall have judicial immunity in the same manner and to the same extent as a judge;

(b)     subject to paragraph 15 below, be compensated in the amount required pursuant to the MMM Procedures for preparation for MMM, execution of required documents, facilitation of document and information exchange between the parties, and participation in no more than two one-hour MMM conferences;

(c)     compensated at the rate set by the U.S. Bankruptcy Court for the District of Nevada as adopted by this court by Administrative Order 2014-08, or at such rate as may be agreed to in writing by the parties and the mediator selected by the parties for any MMM conferences that extend beyond the initial two one-hour conferences;

15.     The mediator's fee shall be paid equally by the parties as follows:

(a)     The Debtor shall pay the non-refundable fee pursuant to the MMM Procedures directly to the mediator within seven days designation of the mediator;

(b)     The Lender shall pay the non-refundable fee pursuant to the MMM Procedures directly to the mediator within seven days after designation of the mediator; and

(c)     The mediator's fee for MMM conferences that extend beyond two, one-hour conferences, shall be paid equally by the parties and is due and payable at the beginning of each successive MMM conference in accordance with the program procedures.

16.     The mediator shall log in to the MMM Portal within seven days after designation and use the MMM Portal to facilitate any additional exchange of information or documentation between Debtor and Lender in an effort to perfect the documents needed for Lender to complete its analysis of Debtor's mortgage modification mitigation options;

17.     If the mediator either fails to timely register or log in to the MMM Portal to begin to facilitate the MMM process, any party to the mediation may file a motion requesting that the mediator be removed from this case and, if applicable, be removed from the clerk's Mediation Register;

18.     **MEDIATION CONFERENCE:**

(a)     The mediator shall schedule the initial MMM conference no later than seven days after determining that the Lender has received and reviewed all requested information.  In the event the mediator cannot determine that the Lender has received all the requested information, the mediator shall schedule the initial MMM conference within 90 days of this Order.  The initial MMM conference shall not exceed one hour. The mediator shall report the scheduling of all MMM conferences on the MMM Portal;

(b)     If the Debtor is represented by an attorney, the Lender and Lender's representative may participate in the MMM conference by telephone;

(c)     If the Debtor is represented by an attorney, the Debtor and any co-obligors/co-borrowers or other third party may participate in the MMM

– 7 –

conference by telephone provided they are physically present with Debtor's attorney and present identification to Debtor's attorney during all MMM conferences;

(d)    If the Debtor is not represented by an attorney, the debtor and any co-borrower shall be physically present with the mediator at the mediator's selected location and present identification to the mediator for all MMM conferences**;**

(e)    Debtor shall provide a foreign language interpreter, if necessary, at the Debtor's own expense; and

(f)    All parties attending the MMM conference must be ready, willing and able to sign a binding settlement agreement at the MMM conference and have the ability to scan, send and receive documents by facsimile, email or other electronic means at the time of the MMM conference.

19.    In the event the parties are unable to reach an agreement and require an additional MMM conference, the mediator shall schedule a final MMM conference no later than 30 days thereafter.  The final MMM conference shall not exceed one hour;

20.    In the event the parties reach a final resolution or, if no agreement has been reached, the mediator shall report the results of the MMM on the MMM Portal not later than seven days after the conclusion of the final MMM conference.  The mediator shall also complete and file with the Court, via CM/ECF, the MMM

Local Form "Final Report of Mortgage Modification Mediator," within two business days following entry of the final report data on the MMM Portal;

21.  If an agreement has been reached, Debtor shall file the MMM Local Form "Ex Parte Motion to Approve Mortgage Modification Mediation Agreement with Lender," no later than 14 days following the filing of the Final Report and upload the MMM Local Form "Order on Motion to Approve Mortgage Modification Mediation Agreement" to the Court's CM/ECF. The parties shall also seek any necessary Court approval and formalize any required legal documents in a timely fashion thereafter;

22.  The automatic stay is modified to the extent necessary to facilitate MMM pursuant to this Order;

23.  Any of the deadlines imposed by this Order may be extended by order of the Court;

24.  If any parties or counsel fail to comply with the terms of this Order, the Court will consider a motion to vacate the Order and may also impose sanctions; and

25.  The Debtor shall serve a copy of this Order on all parties to the mediation, immediately upon receipt.  Service shall be by regular U.S. Mail, electronic service, or email, if the party's email address is known.

**IT IS SO ORDERED.**

Submitted by:


_____/S/ Seth Ballstatedt, Esq._____        Dated: __10//9/2015
Attorney for Debtor(s)

###