SETH D. BALLSTAEDT, ESQ.
Nevada Bar No.: 11516
BALLSTAEDT LAW FIRM
9555 S. Eastern Ave, Ste 210
Las Vegas, Nevada 89123
Phone: (702) 715-0000
Fax: (702) 666-8215
help@ballstaedtlaw.com

*e-filed February 15, 2016*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>SONIA  LOPEZ<br><br><br><br><br><br>Debtor(s) | CASE NO.: 15-14086-MKN<br>TRUSTEE: RICK A YARNALL<br><br>CHAPTER: 13<br><br>HEARING DATE: MARCH 16, 2016<br>HEARING TIME: 1:30 PM |

## OPPOSITION TO MOTION FOR RELIEF
## FILED BY Brilena Inc.

  SONIA  LOPEZ (hereinafter referred to as "debtor(s)"), by and through their attorney, Seth D. Ballstaedt, Esq., hereby oppose the Motion for Relief filed by Brilena Inc. ("creditor") on the grounds set forth below.

1. On July 16, 2015, the above-named Debtor(s) filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.

2. On February 9, 2016, Creditor filed a Motion for Relief from the Automatic Stay on Debtor's property commonly known as 819 North Divisadero St. Visalia, CA 93291.

3. Debtor's income has changed and is making every effort to get caught up on her payments.

4. Debtor is in the Mortgage Mediation Process.

WHEREFORE, Debtor respectfully prays that this Honorable Court:

1. Deny Movants motion for relief.
2. Any other relief that this court deems appropriate.

Dated this 15 day of February, 2016

/s/ Seth D. Ballstaedt, Esq.
Seth D. Ballstaedt, Esq.
*Attorney for Debtor(s)*

BALLSTAEDT LAW FIRM
9555 S Eastern Ave., Ste #210
Las Vegas, NV 89123