Michael R. Brooks, Esq.
Nevada Bar No. 7287
E-mail: mbrooks@brookshubley.com
Ace C. Van Patten, Esq.
Nevada Bar No. 11731
E-mail: avanpatten@brookshubley.com
BROOKS HUBLEY, LLP
1645 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel:   (702) 851-1191
Fax:  (702) 851-1198
*Attorney for Secured Creditors Brilena, Inc. as to an undivided 31.2500% interest, Michael Bumbaca and Adele Bumbaca husband and wife as joint tenants as to an undivided 31.2500% interest, First Regional Bank, as Custodian FBO Robert Pastor IRA Acct. No. 051236, as to an undivided 25.000% interest*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>SONIA C. LOPEZ,<br><br>                    Debtor. | Case No. 15-14086-mkn<br>Chapter 13<br><br>Hearing Date: May 25s, 2016<br>Hearing Time: 1:30 p.m. |

## STIPULATION AND ORDER TO CONTINUE HEARING

COMES NOW, Debtor, Sonia C. Lopez and Creditors, Brilena, Inc. as to an undivided 31.2500% interest, Michael Bumbaca and Adele Bumbaca husband and wife as joint tenants as to an undivided 31.2500% interest, First Regional Bank, as Custodian FBO Robert Pastor IRA Acct. No. 051236, as to an undivided 25.000% interest, by and through their respective counsel of record, and hereby stipulate and agree to continue the Motion for Relief from Automatic Stay currently set for April 20, 2016 at 1:30 p.m.

NOW, THEREFORE, in consideration of the foregoing and for good cause,

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as

1  follows:

2  That the Parties agree to continue the Motion for Relief from Automatic Stay that

3  is currently set for April 20, 2016, at 1:30 p.m. and continued to May 25, 2016 at 1:30

4  p.m.

5  **IT IS SO STIPULATED**.

6  DATED this 19th day of April, 2016.          DATED this 19th day of April, 2016.

7  BALLSTAEDT LAW FIRM                          BROOKS HUBLEY, LLP

8

9  /s/*SETH D. BALLSTAEDT*
SETH D. BALLSTAEDT, ESQ.                     MICHAEL R. BROOKS, ESQ.
9955 S. Eastern Ave., Ste. 210               ACE C. VAN PATTEN, ESQ.
10 Las Vegas, NV 89102                        1645 Village Center Circle Ste. 200
*Attorneys for Debtor*                        Las Vegas, NV 89134
11                                            *Attorneys for Creditors*

1478-0001/187705                Page 2 of 2