

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
April 20, 2016

Michael R. Brooks, Esq.
Nevada Bar No. 7287
E-mail: mbrooks@brookshubley.com
Ace C. Van Patten, Esq.
Nevada Bar No. 11731
E-mail: avanpatten@brookshubley.com
BROOKS HUBLEY, LLP
1645 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 851-1191
Fax: (702) 851-1198
*Attorney for Secured Creditor Brilena, Inc.*

BROOKS HUBLEY, LLP
1645 VILLAGE CENTER CIRCLE, LAS VEGAS, NV 89134
TELEPHONE: (702) 851-1191 FAX: (702) 851-1198

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In Re: SONIA C. LOPEZ, Debtor. | Case No. 15-14086-mkn<br>Chapter 13<br><br>Hearing Date: April 20, 2016<br>Hearing Time: 1:30 p.m.<br><br>Con't Hearing Date: May 25, 2016<br>Con't Hearing Time: 1:30 p.m. |
|---|---|

**ORDER CONTINUING HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY**

Debtor, Sonia C. Lopez and Creditors, Brilena, Inc. as to an undivided 31.2500% interest, Michael Bumbaca and Adele Bumbaca husband and wife as joint tenants as to an undivided 31.2500% interest, First Regional Bank, as Custodian FBO Robert Pastor IRA Acct.



1478-0001/187912

BROOKS HUBLEY, LLP
1645 VILLAGE CENTER CIRCLE, LAS VEGAS, NV 89134
TELEPHONE: (702) 851-1191 FAX: (702) 851-1198

No. 051236, as to an undivided 25.000% interest, by and through their respective counsel stipulated to continue the April 20, 2016 hearing on Creditor's Motion for Relief from Automatic Stay, the Court makes its Order as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion for Relief from Automatic Stay hearing that is currently set for April 20, 2016, at 1:30 p.m. is continued to May 25, 2016 at 1:30 p.m. as it pertains to the subject property generally described as:

**819 North Divisadero Street, Visalia, CA 93291**

Submitted by:

BROOKS HUBLEY, LLP

MICHAEL R. BROOKS, ESQ.
Nevada Bar No. 7287
ACE C. VAN PATTEN, ESQ.
Nevada Bar No. 11731
1645 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 851-1191
*Attorneys for Creditors*