Brandy Brown, Esq.
Nevada Bar No. 9987
KUNG & BROWN
214 S. Maryland Parkway
Las Vegas, Nevada 89101
(702) 382-0883
(702) 382-2720 Fax
bbrown@ajkunglaw.com

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re: SONIA LOPEZ,  <br><br>                                Debtor. | ) BK 15-14086 <br> ) <br> ) CHAPTER 13 <br> ) <br> ) FINAL REPORT OF MORTGAGE <br> ) MODIFICATION MEDIATOR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

    The undersigned court-appointed mortgage modification mediator, reports to the Court as follows:

A.    The final Mortgage Modification Mediation ("MMM") conference was conducted on September 20, 2016 and the following parties were present:

    1.  Ace Van Patten, Esq. and Michele Canty on behalf of Unified Mortgage Service, Inc; and

    2.  Ethan Seatherstone, Esq. on behalf of Debtor.

B.    The final MMM conference was scheduled for September 20, 2016, and was conducted.

C. The result of the MMM conference is as follows:

    1. The parties did not reach an agreement.

Dated: September 20, 2016

                                                  /s/ Brandy Brown
                                    Signature of Mediator
                                    Brandy Brown, Esq.
                                    Nevada Bar No. 9987
                                    KUNG & BROWN
                                    214 S. Maryland Parkway
                                    Las Vegas, Nevada 89101
                                    (702) 382-0883
                                    (702) 382-2720 Fax
                                    bbrown@ajkunglaw.com