Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
September 20, 2017

___

RICK A YARNALL
Chapter 13 Bankruptcy Trustee
Benjamin Chambliss, Esq.
Nevada Bar No. 11536
Daniel Riggs, Esq.
Nevada Bar No. 12270
701 Bridger Ave., Ste 820
Las Vegas, NV 89101
(702) 853-4500
RAY13mail@lasvegas13.com

Electronically Filed on 9/19/17

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | BK-S-15-14086-MKN<br>Chapter 13 |
| SONIA LOPEZ, | **CONDITIONAL ORDER OF DISMISSAL** |
| Debtor(s) | Hearing Date: September 7, 2017<br>Hearing Time: 2:00 P.M. |

Trustee's Motion to Dismiss (dkt #102) having come on for hearing in the above-entitled Court on September 7, 2017, at 2:00 p.m., with appearances as noted on record, argument having been heard, and based upon the papers and pleadings on file herein, and good cause appearing:

IT IS HEREBY ORDERED that the Debtor must, by September 28, 2017, provide the Chapter 13 Trustee with complete copies of the 2015 and 2016 IRS returns and any refunds received;

///

1

IT IS FURTHER ORDERED if the Debtor fails to comply with one of the above stated conditions, the Chapter 13 Trustee may submit an Ex-Parte Order Dismissing Case;

IT IS SO ORDERED.

Submitted by:

_____   Date: 9/13/17
Rick A. Yarnall,
Chapter 13 Bankruptcy Trustee

Approved/Disapproved:

_____   Date: 9/14/17
Ballstaedt Law Firm.
Counsel for Debtor(s)

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one)

___ The court has waived the requirement set forth in LR 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Ballstaedt Law Frim.  _X_ approved  __disapproved  ____failed to respond.

___ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

_____   Date: 9/19/17
Leah Engel
An Employee of Rick A. Yarnall
Chapter 13 Bankruptcy Trustee

###

2