## United States Bankruptcy Court
### District of Nevada

In re  **SONIA LOPEZ**                                              Case No.  **15-14086-MKN**
                              Debtor(s)                              Chapter   **13**

## Notice of Change of Address

Debtor's Social Security Number:             **xxx-xx-5784**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:            **SONIA LOPEZ**

Street:          **900 Karen Ave. #B-109**

City, State and Zip:   **Las Vegas, NV 89109**

Telephone #:

**Please be advised that effective September, 2017,**
**my (our) new mailing address and telephone number is:**

Name:            **SONIA LOPEZ**

Street:           **2410 Swifton Court**

City, State and Zip:   **Las Vegas, NV 89104**

Telephone #:

                                                                    /s/ SONIA LOPEZ
                                                                    **SONIA LOPEZ**
                                                                    Debtor