# Exhibit 2

# Exhibit 2

MICHAEL R. BROOKS, ESQ.
Nevada Bar No. 007287
SCOTT D. FLEMING, ESQ.
Nevada Bar No. 005638
**KOLESAR & LEATHAM**
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: mbrooks@klnevada.com
        sfleming@klnevada.com

Attorneys for Secured Creditor
BRILENA, INC.

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IN RE: | BK No. BK-S-15-14086-mkn |
| SONIA C. LOPEZ, | Chapter 13 |
| Debtor(s). | |

### ORDER TERMINATING THE AUTOMATIC STAY

Creditor, *Brilena, Inc.* having properly served written notice upon Debtor Sonia Lopez and her counsel of record, Seth Ballstaedt, for failing to cure the default on June 20, 2018, the passage of 15 days has occurred and the Debtor has failed to cure the default. Pursuant to the Order on Amended Stipulation Granting Adequate Protection re: Real Property Located at 819 North Divisadero Street, Visalia, CA 93291 (ECF No. 89), the Court makes its Order as follows:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Automatic Stay

above-entitled Bankruptcy case is hereby terminated as to the Debtor and the Trustee in favor of Secured Creditor, *Brilena, Inc.*, as it pertains to the subject property generally described as:

**819 North Divisadero Street, Visalia, CA 93291**

Submitted by:

**KOLESAR & LEATHAM**

MICHAEL R. BROOKS, ESQ.
Nevada Bar No. 007287
SCOTT D. FLEMING, ESQ.
Nevada Bar No. 005638
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145

*Attorneys for Brilena, Inc.*

* * * * * * *