SETH D. BALLSTAEDT, ESQ.
Nevada Bar No.: 11516
BALLSTAEDT LAW FIRM
9555 S. Eastern Ave, Ste 285
Las Vegas, Nevada 89123
Phone: (702) 715-0000
Fax: (702) 666-8215
help@bkvegas.com

*e-filed August 3, 2018*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re:<br><br>SONIA  LOPEZ<br><br><br><br><br>Debtor(s) | CASE NO.: 15-14086-MKN-MKN<br>TRUSTEE: RICK A YARNALL<br><br>CHAPTER: 13<br><br>HEARING DATE: SEPTEMBER  6, 2018<br>HEARING TIME: 1:30 PM |
|---|---|

**OPPOSITION TO EX-PARTE MOTION TO TERMINATE THE STAY**

   SONIA  LOPEZ   (hereinafter referred to as "Debtor(s)"), by and through their attorney, Seth D. Ballstaedt, Esq., and hereby oppose the Motion to Terminate the stay filed by Brilena, Inc. on the grounds set forth below:

1. Debtor(s) commenced this case on July 16, 2015 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. The Chapter 13 Trustee filed an Ex Parte Motion terminate the stay for failure to stay current on property taxes.

3. On or about June 30, 2018, Debtor made the required payment of $2,539.50 for County Taxes in the County of Tulare.

4. Debtor requests that the Ex-Parte Motion to terminate the stay be denied in its entirety.

WHEREFORE, Debtor(s) pray that this honorable court:

1.  DENY the Trustee's motion to terminate the stay
2.  Any further just and equitable relief, this court deems appropriate.

Dated this 3 day of August, 2018

/s/ Seth D. Ballstaedt, Esq.
Seth D. Ballstaedt, Esq.
*Attorney for Debtor(s)*

BALLSTAEDT LAW FIRM
9555 S Eastern Ave., Ste #285
Las Vegas, NV 89123