819 N. Divisadero

# County of Tulare

**Cass Cook**
Auditor/Controller-Tulare County Treasurer/Tax Collector

Office of the Treasurer / Tax Collector
221 S Mooney Blvd., Room 104-E
Visalia, Ca. 93291-4593
www.tularecountytax.com

Hiley Wallis
Chief Deputy Treasurer/Tax Collector
Telephone: (559) 636-5250
Fax: (559) 733-6988

## VIA MAIL

| Contact and Mailing Address | | | |
|---|---|---|---|
| Contact: | LOPEZ SPNIA C | Total Base Taxes: | $4,695.90 |
| Address: | 2410 SWIFTON CT | Phone: | 702-265-8130 |
| | LAS VEGAS NV 89104 | Owner: | LOPEZ SONIA C |
| | | APN: | 093-022-020-000 |

### Initial Redemption Pay Plan Installment

| | Amount of Tax Due | Amount of Payment | |
|---|---|---|---|
| Current Year Tax - 1st Installment: | $ 725.16 | $ 725.16 | |
| Current Year Tax - 2nd Installment: | $ 735.16 | $ 735.16 | |
| Supplemental / Escapes: | $ | $ 0.00 | |
| Delinquent Prior Year (REDPT): | $ 4695.90 | $ 939.18 | (20% minimum) |
| Plan Initiation Fee: | | $ 140.00 | |
| Pending Tax Sale Fee: | $ | $ 0.00 | |
| Total Amount Due Valid thru 6/30/18 | $ 6,156.22 | $ 2,539.50 | |

| Prepared Date: | 6/18/2018 | New Balance is: | $ 3,756.72 |
|---|---|---|---|
| Prepared by: | CARLOS | Estimated Interest Per Month is: | $ 70.44 |
| Signature - Payment Received by | | Date 6/26/2018 | Method of Payment Money ORDER |

### IMPORTANT NOTICE - DANGER OF DEFAULT - MUST PAY BY APRIL 10

Pursuant to Revenue and Taxation, Code §4216-4226, you have initiated a 5 installment pay plan for your redemption roll taxes. You may remit 4 additional payments of 20% increments, plus interest, to clear your delinquent taxes. Interest will accrue at the rate of 1-1/2% per month and will be recalculated after each payment. To keep your plan in good standing, you must pay ALL current year taxes in full by April 10 AND make a payment on the prior year taxes between July 01 and April 10 each year. All supplemental and escaped bills must also be paid by April 10, unless due after April 10.

If your plan defaults and your tax balance is less than 5 years delinquent, you may start a new plan after July 01.

IF YOUR PLAN DEFAULTS AND 5 OR MORE YEARS HAVE ELAPSED SINCE THE PROPERTY FIRST BECAME DELINQUENT, NO PAYMENT PLAN MAY BE STARTED OR REINSTATED. TO PREVENT SALE AT INTERNET AUCTION, PAYMENT OF ALL TAXES WILL BE REQUIRED IN FULL.

**Persuant to Revenue & Taxation Code 3371-3374 your parcel will be published as being delinquent after the 3rd year of default even if your pay plan is current**

Failure to pay current year tax and make a payment on the plan by APRIL 10 will default your plan.

| _Sonia Lopez_ | 6/28/2018 | Sonia Lopez |
|---|---|---|
| TAXPAYER SIGNATURE | DATED | Print Name |

---

**CUSTOMER'S RECEIPT**

APN: 093-022-020-000
Pay to: Office of Treasurer Tax Collector
Address: 221 S. Mooney Blvd. Room 104E
2018-06-27    891041    $1,000.00    Clerk 13

**POSTAL MONEY ORDER** — $1000.00
One Thousand Dollars and 00/100
Pay to: Office of Treasurer Tax Collector
221 S. Mooney Blvd. #104E
Visalia, CA. 93291
APN: 093-022-020-000
From: Sonia C Lopez
2410 Swifton Court
Las Vegas, NV 89104
Serial: 25138591121

**POSTAL MONEY ORDER** — $1000.00
2018-06-27    891041
One Thousand Dollars and 00/100
Pay to: Office of Treasurer Tax Collector
221 S. Mooney Blvd. #104E
Visalia, CA. 93291
APN: 093-022-020-000
From: Sonia C Lopez
2410 Swifton Court
Las Vegas, NV 89104
Serial: 25138591132

**POSTAL MONEY ORDER** — $539.50
2018-06-27    891041
Five Hundred Thirty Nine Dollars and 50/100
Pay to: Office of Treasurer Tax Collector
221 S. Mooney Blvd. Room 104E
Visalia, CA. 93291
Memo APN: 093-022-020-000
From: Sonia C Lopez
2410 Swifton Court
Las Vegas, NV 89104
Serial: 25138591143