# EXHIBIT C

# TULARE COUNTY PROPERTY TAXES

# EXHIBIT C

10/17/2018

mytaxes.co.tulare.ca.us/TaxRedemptionDetail.aspx

Tulare County · California
**Auditor-Controller/Treasurer-Tax Collector**

Cass Cook

## Tax Redemption Detail

**093-022-020-000    006 - 137**

| Parcel Number | Year | Type | Install | Total Taxes | Penalty | Cost | Total |
|---|---|---|---|---|---|---|---|
| 093-022-020-000 | 14-15 | Reg | Both | $1,027.48 | $102.74 | $10.00 | $1,140.22 |
| 093-022-020-000 | 15-16 | Reg | Both | $1,042.80 | $104.28 | $10.00 | $1,157.08 |
| 093-022-020-000 | 16-17 | Reg | Both | $1,127.62 | $112.76 | $10.00 | $1,250.38 |
| Total Tax | | | | $3,197.90 | $319.78 | $30.00 | $3,547.68 |
| State Redemption Fee | | | | | | | $15.00 |
| Redemption Penalty/Interest | | | | | | | $1,133.22 |
| Active Pay Plan Adjustment | | | | | | | ($713.78) |
| Amount Owed | | | | | | | $3,982.12 |

Please note the grand total is the full amount owed. If you are on a valid pay plan, you must contact the Tax Collector's office for the CORRECT balance (559-636-5250).

[TAX BILL]  [PRINT]

The total amount must be paid in full.

Please contact the Tax Collector's Office if there are questions regarding payment, at (559) 636-5250.

**Please make checks payable to:**
Tulare County Tax Collector

**Send payment to:** Tulare County Tax Collector
PO Box 30329
Los Angeles, CA 90030-0329

http://mytaxes.co.tulare.ca.us/TaxRedemptionDetail.aspx

1/2