## United States Bankruptcy Court
### District of Nevada

In re  **SONIA LOPEZ**                                                                                   Case No.  **15-14086-MKN**
                                    Debtor(s)                                                            Chapter  **13**

## Notice of Change of Address

Debtor's Social Security Number:          **xxx-xx-5784**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:                **SONIA LOPEZ**

Street:              **2410 SWIFTON COURT**

City, State and Zip: **LAS VEGAS, NV 89104**

Telephone #:

**Please be advised that effective  January 22, 2020,
my (our) new mailing address and telephone number is:**

Name:                **SONIA LOPEZ**

Street:              **3910 Pecos McLeod C100**

City, State and Zip: **Las Vegas, NV 89121**

Telephone #:

                                                            /s/ SONIA LOPEZ
                                                            **SONIA LOPEZ**
                                                            Debtor