_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
June 16, 2020

RICK A YARNALL
Chapter 13 Bankruptcy Trustee
Daniel Riggs, Esq.
Nevada Bar No. 12270
Amanda Hunt, Esq.
Nevada Bar No. 12644
701 Bridger Ave., Ste 820
Las Vegas, NV 89101
(702) 853-4500
RAY13mail@lasvegas13.com

Electronically Filed on 6/15/2020

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>SONIA LOPEZ,<br><br>Debtor(s) | BK-S-15-14086-MKN<br>Chapter 13<br><br>**CONDITIONAL ORDER OF DISMISSAL**<br><br>Hearing Date: May 28, 2020<br>Hearing Time: 2:00 P.M. |

Trustee's Motion to Dismiss (dkt #165) having come on for hearing in the above-entitled Court on May 28, 2020, at 2:00 p.m., with appearances as noted on record, argument having been heard, and based upon the papers and pleadings on file herein, and good cause appearing:

IT IS HEREBY ORDERED that the Debtor has until July 1, 2020 to come current with plan payments in the amount of $13,758.00, or the case shall be dismissed;

///

1

1  IT IS FURTHER ORDERED if the Debtor fails to comply with the above conditions, the
2  Chapter 13 Trustee shall submit an Ex-Parte Order Dismissing Case;
3  IT IS SO ORDERED.

Submitted by:

_____     Date: __6/2/2020__

Rick A. Yarnall,
Chapter 13 Bankruptcy Trustee

Approved/Disapproved:

_____     Date: _____

Ballstaedt Law Firm
Counsel for Debtor(s)

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one)

___ The court has waived the requirement set forth in LR 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Ballstaedt Law Firm:    ___approved  _X_ disapproved  ___failed to respond

___ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

_Leah Engel_____     Date: _6/15/2020_____
Leah Engel
An Employee of Rick A. Yarnall
Chapter 13 Bankruptcy Trustee

###

2