RICK A. YARNALL  
CHAPTER 13 BANKRUPTCY TRUSTEE                                           E-filed  
701 Bridger Ave, Suite 820  
Las Vegas, NV 89101  
(702) 853-4500  
RAY13mail@LasVegas13.com  

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:                                                    CHAPTER 13  
SONIA LOPEZ                                               CASE NO: BKS-15-14086-MKN  
3910 PECOS MCLEOD  
C100  
LAS VEGAS, NV 89121  

---

### CHAPTER 13 FINAL ACCOUNT AND REPORT - COMPLETED (BAPCPA)

Rick A. Yarnall, Chapter 13 Bankruptcy Trustee, hereby submits the following Final Account and Report of the administration of the estate pursuant to 11 USC Sec. 1302 (b)(1). Any objection to the Trustee's Final Account and Report must: be written, state the grounds of objection, be filed and set for hearing no later than December 29, 2020, with the Clerk, United States Bankruptcy Court, Foley Federal Building, 300 Las Vegas Boulevard South, 3rd Floor, Las Vegas, NV 89101, with a copy served upon Rick A. Yarnall, Chapter 13 Trustee, 701 Bridger Ave, Suite 820, Las Vegas, NV 89101. In the absence of a timely filed Objection, the Bankruptcy Court will issue the debtor(s) a Discharge. In the event an objection is timely filed, the objecting party shall serve a copy of the objection upon the Trustee at the above address pursuant to the Local Bankruptcy Rule 9014.

| Case Filed Date: | Date Plan Confirmed: | Date Case Closed: |
|---|---|---|
| 07/16/2015 | 11/23/2016 | 11/24/2020 |

Total funds received and disbursed pursuant to the plan:     $121,212.20     Detail of Disbursements below:

| CREDITOR NAME | CLERK'S CLAIM # | TRUSTEE'S CLAIM NO. | CLASS OF CLAIM | ALLOWED CLAIM AMOUNT | PRINCIPAL PAID | INTEREST PAID |
|---|---|---|---|---|---|---|
| United States Bankruptcy Court | | 00001 | Z-Added By Matrix | 0.00 | 0.00 | 0.00 |
| Aargon Agency Inc | | 00002 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Acceptance Now | | 00003 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Acs/Wachovia Ed Financ | | 00004 | STUDENT LN-DIRECT | 0.00 | 0.00 | 0.00 |
| Acs/Wachovia Ed Financ | | 00005 | STUDENT LN-DIRECT | 0.00 | 0.00 | 0.00 |
| Acs/Wachovia Ed Financ | | 00006 | STUDENT LN-DIRECT | 0.00 | 0.00 | 0.00 |
| Acs/Wachovia Education | | 00007 | STUDENT LN-DIRECT | 0.00 | 0.00 | 0.00 |
| Acs/Wachovia Education | | 00008 | STUDENT LN-DIRECT | 0.00 | 0.00 | 0.00 |
| Acs/wells Fargo | | 00009 | STUDENT LN-DIRECT | 0.00 | 0.00 | 0.00 |
| Aes/Chase Elt Wac Llcn | | 00010 | STUDENT LN-DIRECT | 0.00 | 0.00 | 0.00 |
| Aes/Chase Elt Wac Llcn | | 00011 | STUDENT LN-DIRECT | 0.00 | 0.00 | 0.00 |

LOPEZ, SONIA                                                                                        CASE NO: BKS-15-14086-MKN

| CREDITOR NAME | CLERK'S CLAIM # | TRUSTEE'S CLAIM NO. | CLASS OF CLAIM | ALLOWED CLAIM AMOUNT | PRINCIPAL PAID | INTEREST PAID |
|---|---|---|---|---:|---:|---:|
| Aes/Pheaa | | 00012 | STUDENT LN-DIRECT | 0.00 | 0.00 | 0.00 |
| Bk Of Amer | | 00013 | UNSECURED | 0.00 | 0.00 | 0.00 |
| BRILENA INC | 11 | 00014 | SECURED | 0.00 | 0.00 | 0.00 |
| CNA foreclosure Service | | 00015 | Z-Added By Matrix | 0.00 | 0.00 | 0.00 |
| CAVALRY SPV II LLC AS ASSIGNEE | 9 | 00016 | UNSECURED | 591.16 | 183.99 | 0.00 |
| Chase Mtg | | 00017 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Clark County Assessor | | 00018 | Z-Added By Matrix | 0.00 | 0.00 | 0.00 |
| Clark County Collectio | | 00019 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Clark County Collectio | | 00020 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Clark County Collectio | | 00021 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Clark County Treasurer | | 00022 | Z-Added By Matrix | 0.00 | 0.00 | 0.00 |
| CONN APPLIANCES, INC | 10 | 00023 | SECURED w/INTEREST | 2,734.93 | 2,734.93 | 0.00 |
| US DEPARTMENT OF EDUCATION C/O NELNET | 1 | 00024 | STUDENT LN-DIRECT | 53,124.72 | 0.00 | 0.00 |
| NELN | 3 | 00025 | STUDENT LN-DIRECT | 140,502.32 | 0.00 | 0.00 |
| Dept Of Education/neln | | 00026 | STUDENT LN-DIRECT | 0.00 | 0.00 | 0.00 |
| Dept Of Education/neln | | 00027 | STUDENT LN-DIRECT | 0.00 | 0.00 | 0.00 |
| Dept Of Education/neln | | 00028 | STUDENT LN-DIRECT | 0.00 | 0.00 | 0.00 |
| Dept Of Education/neln | | 00029 | STUDENT LN-DIRECT | 0.00 | 0.00 | 0.00 |
| Dept Of Education/neln | | 00030 | STUDENT LN-DIRECT | 0.00 | 0.00 | 0.00 |
| Dept Of Education/neln | | 00031 | STUDENT LN-DIRECT | 0.00 | 0.00 | 0.00 |
| Dept Of Education/neln | | 00032 | STUDENT LN-DIRECT | 0.00 | 0.00 | 0.00 |
| Dept. of Employment, Training & Rehab | | 00033 | Z-Added By Matrix | 0.00 | 0.00 | 0.00 |
| FIN CR NETWK | | 00034 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Finance & Thrift Compa | | 00035 | UNSECURED | 0.00 | 0.00 | 0.00 |
| FINANCIAL CREDIT NETWO | | 00036 | UNSECURED | 0.00 | 0.00 | 0.00 |
| FINANCIAL CREDIT NETWO | | 00037 | UNSECURED | 0.00 | 0.00 | 0.00 |
| FINANCIAL CREDIT NETWO | | 00038 | UNSECURED | 0.00 | 0.00 | 0.00 |
| FINANCIAL CREDIT NETWO | | 00039 | UNSECURED | 0.00 | 0.00 | 0.00 |
| FINANCIAL CREDIT NETWO | | 00040 | UNSECURED | 0.00 | 0.00 | 0.00 |
| First Data | | 00041 | UNSECURED | 0.00 | 0.00 | 0.00 |

LOPEZ, SONIA                                                                                    CASE NO: BKS-15-14086-MKN

| CREDITOR NAME | CLERK'S CLAIM # | TRUSTEE'S CLAIM NO. | CLASS OF CLAIM | ALLOWED CLAIM AMOUNT | PRINCIPAL PAID | INTEREST PAID |
|---|---|---|---|---|---|---|
| Hunter Warfield | | 00042 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Hunter Warfield, Inc | | 00043 | UNSECURED | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | | 00044 | Z-Added By Matrix | 0.00 | 0.00 | 0.00 |
| J&L TEAMWORKS | 4 | 00045 | UNSECURED | 8,125.00 | 2,528.86 | 0.00 |
| J&l Teamworks | | 00046 | UNSECURED | 0.00 | 0.00 | 0.00 |
| J&l Teamworks | | 00047 | UNSECURED | 0.00 | 0.00 | 0.00 |
| LR 2002 // Fed Rules 5003 notice ADDRESS | | 00048 | Z-Added By Matrix | 0.00 | 0.00 | 0.00 |
| Lamont Hanley & Associ | | 00049 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Massachusetts Department of Revenue | | 00050 | Z-Added By Matrix | 0.00 | 0.00 | 0.00 |
| Mci | | 00051 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Mci | | 00052 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Natl Univ | | 00053 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Nevada Dept. of Taxations, Bankruptcy | | 00054 | Z-Added By Matrix | 0.00 | 0.00 | 0.00 |
| CAPITAL ASSET RECOVERY | 6 | 00055 | SECURED w/INTEREST | 10,887.55 | 10,887.55 | 0.00 |
| QUANTUM COLLECTIONS | 14 | 00056 | UNSECURED | 768.00 | 239.03 | 0.00 |
| RESMAE MORTGAGE CORPOR | | 00057 | UNSECURED | 0.00 | 0.00 | 0.00 |
| SOUTHERN CALIFORNIA EDISON COMPANY | 2 | 00058 | UNSECURED | 210.78 | 65.60 | 0.00 |
| Stanisccontr | | 00059 | UNSECURED | 0.00 | 0.00 | 0.00 |
| State of Nevada Dept. of Motor Vehicles | | 00060 | Z-Added By Matrix | 0.00 | 0.00 | 0.00 |
| TD Bank USA/ Target Credit | | 00061 | UNSECURED | 0.00 | 0.00 | 0.00 |
| TNB - TARGET | | 00062 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Trident Asset Manageme | | 00063 | UNSECURED | 0.00 | 0.00 | 0.00 |
| United States Trustee | | 00064 | Z-Added By Matrix | 0.00 | 0.00 | 0.00 |
| Us Bank | | 00065 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Us Dept Ed | | 00066 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Us Dept Ed | | 00067 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Us Dept Ed | | 00068 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Us Dept Ed | | 00069 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Us Dept Ed | | 00070 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Us Dept Ed | | 00071 | UNSECURED | 0.00 | 0.00 | 0.00 |

LOPEZ, SONIA                                                                                           CASE NO: BKS-15-14086-MKN

| CREDITOR NAME | CLERK'S CLAIM # | TRUSTEE'S CLAIM NO. | CLASS OF CLAIM | ALLOWED CLAIM AMOUNT | PRINCIPAL PAID | INTEREST PAID |
|---|---|---|---|---|---|---|
| Us Dept Ed | | 00072 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Us Dept Ed | | 00073 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Us Dept Ed | | 00074 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Us Dept Ed | | 00075 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Us Dept Ed | | 00076 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Wachovia Ed Finance | | 00077 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Wells Fargo | | 00078 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Wf Efs | | 00079 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Wf Efs | | 00080 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Wf Efs | | 00081 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Wf Efs | | 00082 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Xls/Cit | | 00083 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Xls/Cit | | 00084 | UNSECURED | 0.00 | 0.00 | 0.00 |
| RICK A. YARNALL | | 00085 | Z-Added By Matrix | 0.00 | 0.00 | 0.00 |
| SETH D BALLSTAEDT | | 00086 | Z-Added By Matrix | 0.00 | 0.00 | 0.00 |
| WHEELS FINANCIAL GROUP LLC DBA 1-800LOANMART | 16 | 00087 | Secured-Vehicle | 1,957.81 | 1,957.81 | 110.36 |
| Dept Of Education/neln | | 00088 | STUDENT LN-DIRECT | 0.00 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP | 5 | 00089 | UNSECURED | 1,513.10 | 470.94 | 0.00 |
| PROG LEASING LLC | 7 | 00090 | SECURED w/INTEREST | 1,242.68 | 1,242.68 | 0.00 |
| UNIFIED MORTGAGE SERVICES INC | 13 | 00091 | MORTGAGE PYMT ONGOING PD BY TT | 0.00 | 49,606.61 | 0.00 |
| PORANIA LLC | 12 | 00092 | UNSECURED | 294.52 | 91.67 | 0.00 |
| UNIFIED MORTGAGE SERVICES INC | 13 | 00093 | MORTGAGE ARREARS | 31,010.08 | 31,010.08 | 0.00 |
| PORANIA LLC | 15 | 00094 | UNSECURED | 456.52 | 142.09 | 0.00 |
| CITY OF VISALIA | | 00095 | UNSECURED | 0.00 | 0.00 | 0.00 |
| UNIFIED MORTGAGE SERVICES INC | 13 | 00096 | MORTGAGE GAP | 840.79 | 840.79 | 0.00 |
| Monthly Payment Reserve | | 00098 | MONTHLY PAYMENT RESERVE | 0.00 | 0.00 | 0.00 |
| UNIFIED MORTGAGE SERVICES INC | 13 | 00099 | MORTGAGE FEES EXPENSES AND | 850.00 | 850.00 | 0.00 |
| UNIFIED MORTGAGE SERVICES INC | | 00100 | MORTGAGE MODIFICATION | 0.00 | 0.00 | 0.00 |
| ESTIMATED ADDITIONAL ATTORNEY FEES | | 00101 | ESTIMATED ADDITIONAL | 0.00 | 0.00 | 0.00 |
| BALLSTAEDT LAW FIRM | | 00000 | Administrative | $6,483.00 | $6,483.00 | |

LOPEZ, SONIA                                                                                                     CASE NO: BKS-15-14086-MKN

| CREDITOR NAME | CLERK'S CLAIM # | TRUSTEE'S CLAIM NO. | CLASS OF CLAIM | ALLOWED CLAIM AMOUNT | PRINCIPAL PAID | INTEREST PAID |
|---|---|---|---|---|---|---|

The debtor(s) attorney, BALLSTAEDT LAW FIRM, was allowed $7,610.00 of which $1,127.00 was paid directly by the debtor(s) and $6,483.00 was paid from the plan.  The filing fee has been paid to the clerk directly by the debtor/debtor's Attorney .

**Disbursement Summary:**

| | |
|---|---|
| Trustee Fees Pursuant to 11 USC 1326 (b) | $11,766.21 |
| 11 USC 503(b) Administrative Expenses | $0.00 |
| Sanctions/Additional Expenses | $0.00 |
| Attorney's Fees | $6,483.00 |
| Previous Attorney Fees | $0.00 |
| Priority | $0.00 |
| Secured | $99,240.81 |
| Unsecured | $3,722.18 |
| Refund to the Debtor and/or Chapter 7 Trustee | $0.00 |
| Total | $121,212.20 |

Dated: November 24, 2020                                        Submitted by:

                                                                       /s/ Rick A. Yarnall
                                                                       RICK A. YARNALL
                                                                       Chapter 13 Bankruptcy Trustee