## United States Bankruptcy Court
### District of Nevada

In re  **SONIA LOPEZ**                                      Case No.  **15-14086-MKN**
                             Debtor(s)                      Chapter   **13**

## Notice of Change of Address

Debtor's Social Security Number:    xxx-xx-5784

**My (Our) Former Mailing Address and Telephone Number was:**

Name:            **SONIA LOPEZ**

Street:          **3910 PECOS MCLEOD C100**

City, State and Zip:   **LAS VEGAS, NV 89121**

Telephone #:

**Please be advised that effective** December 16, 20 20,
**my (our) new mailing address and telephone number is:**

Name:            **SONIA LOPEZ**

Street:           4287 El Antonio Pl

City, State and Zip:   Las Vegas, NV 89121

Telephone #:

                                             /s/ SONIA LOPEZ
                                             SONIA LOPEZ
                                             Debtor