## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

SONIA LOPEZ

Debtor(s)

Case No. 15-14086-MKN

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Rick A. Yarnall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/16/2015.

2) The plan was confirmed on 11/23/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan NA.

5) The case was completed on 11/02/2020.

6) Number of months from filing to last payment: 64.

7) Number of months case was pending: 66.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $3,500.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

```
┌─────────────────────────────────────────────────────────────────────────┐
│ Receipts:                                                                 │
│                                                                           │
│        Total paid by or on behalf of the debtor        $121,212.20        │
│        Less amount refunded to debtor                        $0.00        │
│                                                                           │
│   NET RECEIPTS:                                              $121,212.20   │
└─────────────────────────────────────────────────────────────────────────┘
```

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $121,212.20 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$121,212.20** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $6,483.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $11,766.21 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$18,249.21** |

Attorney fees paid and disclosed by debtor:          $1,127.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Aargon Agency Inc | Unsecured | 298.00 | NA | NA | 0.00 | 0.00 |
| Acceptance Now | Unsecured | 2,949.00 | NA | NA | 0.00 | 0.00 |
| Acs/Wachovia Ed Financ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Acs/Wachovia Ed Financ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Acs/Wachovia Ed Financ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Acs/Wachovia Education | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Acs/Wachovia Education | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Acs/wells Fargo | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Aes/Chase Elt Wac Llcn | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Aes/Chase Elt Wac Llcn | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Aes/Pheaa | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP | Unsecured | NA | 1,513.10 | 1,513.10 | 470.94 | 0.00 |
| Bk Of Amer | Unsecured | 838.00 | NA | NA | 0.00 | 0.00 |
| BRILENA INC | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ASSET RECOVERY | Secured | 9,499.00 | 9,821.69 | 10,887.55 | 10,887.55 | 0.00 |
| CAVALRY SPV II LLC AS ASSIGNEE | Unsecured | 591.00 | 591.16 | 591.16 | 183.99 | 0.00 |
| Chase Mtg | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF VISALIA | Unsecured | 4,196.82 | NA | NA | 0.00 | 0.00 |
| Clark County Collectio | Unsecured | 396.00 | NA | NA | 0.00 | 0.00 |
| Clark County Collectio | Unsecured | 1,423.00 | NA | NA | 0.00 | 0.00 |
| Clark County Collectio | Unsecured | 1,101.00 | NA | NA | 0.00 | 0.00 |
| CONN APPLIANCES, INC | Secured | 3,666.00 | 2,467.00 | 2,734.93 | 2,734.93 | 0.00 |
| Dept Of Education/neln | Unsecured | 3,504.00 | NA | NA | 0.00 | 0.00 |
| Dept Of Education/neln | Unsecured | 6,268.00 | NA | NA | 0.00 | 0.00 |
| Dept Of Education/neln | Unsecured | 989.00 | NA | NA | 0.00 | 0.00 |
| Dept Of Education/neln | Unsecured | 6,315.00 | NA | NA | 0.00 | 0.00 |
| Dept Of Education/neln | Unsecured | 645.00 | NA | NA | 0.00 | 0.00 |
| Dept Of Education/neln | Unsecured | 4,411.00 | NA | NA | 0.00 | 0.00 |
| Dept Of Education/neln | Unsecured | 662.00 | NA | NA | 0.00 | 0.00 |
| Dept Of Education/neln | Unsecured | 696.00 | NA | NA | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FIN CR NETWK | Unsecured | 1,044.00 | NA | NA | 0.00 | 0.00 |
| Finance & Thrift Compa | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FINANCIAL CREDIT NETWO | Unsecured | 3,022.00 | NA | NA | 0.00 | 0.00 |
| FINANCIAL CREDIT NETWO | Unsecured | 2,033.00 | NA | NA | 0.00 | 0.00 |
| FINANCIAL CREDIT NETWO | Unsecured | 1,173.00 | NA | NA | 0.00 | 0.00 |
| FINANCIAL CREDIT NETWO | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| FINANCIAL CREDIT NETWO | Unsecured | 999.00 | NA | NA | 0.00 | 0.00 |
| First Data | Unsecured | 1,543.00 | NA | NA | 0.00 | 0.00 |
| Hunter Warfield | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Hunter Warfield, Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| J&L TEAMWORKS | Unsecured | 7,898.00 | 8,125.00 | 8,125.00 | 2,528.86 | 0.00 |
| J&l Teamworks | Unsecured | 558.00 | NA | NA | 0.00 | 0.00 |
| J&l Teamworks | Unsecured | 574.00 | NA | NA | 0.00 | 0.00 |
| Lamont Hanley & Associ | Unsecured | 96.00 | NA | NA | 0.00 | 0.00 |
| Mci | Unsecured | 87.00 | NA | NA | 0.00 | 0.00 |
| Mci | Unsecured | 246.00 | NA | NA | 0.00 | 0.00 |
| Natl Univ | Unsecured | 4,800.00 | NA | NA | 0.00 | 0.00 |
| NELN | Unsecured | 140,502.32 | 140,502.32 | 140,502.32 | 0.00 | 0.00 |
| PORANIA LLC | Unsecured | NA | 294.52 | 294.52 | 91.67 | 0.00 |
| PORANIA LLC | Unsecured | NA | 456.52 | 456.52 | 142.09 | 0.00 |
| PROG LEASING LLC | Secured | NA | 1,120.97 | 1,242.68 | 1,242.68 | 0.00 |
| QUANTUM COLLECTIONS | Unsecured | 790.00 | 768.00 | 768.00 | 239.03 | 0.00 |
| RESMAE MORTGAGE CORPOR | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SOUTHERN CALIFORNIA EDISON CO | Unsecured | 210.78 | 210.78 | 210.78 | 65.60 | 0.00 |
| Stanisccontr | Unsecured | 992.00 | NA | NA | 0.00 | 0.00 |
| TD Bank USA/ Target Credit | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TNB - TARGET | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Trident Asset Manageme | Unsecured | 113.00 | NA | NA | 0.00 | 0.00 |
| UNIFIED MORTGAGE SERVICES INC | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| UNIFIED MORTGAGE SERVICES INC | Secured | 0.00 | 0.00 | 840.79 | 840.79 | 0.00 |
| UNIFIED MORTGAGE SERVICES INC | Secured | 0.00 | 850.00 | 850.00 | 850.00 | 0.00 |
| UNIFIED MORTGAGE SERVICES INC | Secured | 0.00 | 110,376.80 | 0.00 | 49,606.61 | 0.00 |
| UNIFIED MORTGAGE SERVICES INC | Secured | 61,602.00 | 31,010.08 | 31,010.08 | 31,010.08 | 0.00 |
| Us Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION C | Unsecured | 53,124.72 | 53,124.72 | 53,124.72 | 0.00 | 0.00 |
| Us Dept Ed | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Us Dept Ed | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Us Dept Ed | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Us Dept Ed | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Us Dept Ed | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Us Dept Ed | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Us Dept Ed | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Us Dept Ed | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Us Dept Ed | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Us Dept Ed | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Wachovia Ed Finance | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Wf Efs | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Wf Efs | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Wf Efs | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Wf Efs | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WHEELS FINANCIAL GROUP LLC D | Secured | 4,000.00 | 1,957.81 | 1,957.81 | 1,957.81 | 110.36 |
| Xls/Cit | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Xls/Cit | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $49,606.61 | $0.00 |
| Mortgage Arrearage | $32,700.87 | $32,700.87 | $0.00 |
| Debt Secured by Vehicle | $1,957.81 | $1,957.81 | $110.36 |
| All Other Secured | $14,865.16 | $14,865.16 | $0.00 |
| **TOTAL SECURED:** | **$49,523.84** | **$99,130.45** | **$110.36** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$205,586.12** | **$3,722.18** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $18,249.21 |
| Disbursements to Creditors | $102,962.99 |
| | |
| **TOTAL DISBURSEMENTS :** | **$121,212.20** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administra- matters for which the trustee is responsible have been completed. The trustee requests a final decr entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/05/2021

By: /s/ Rick A. Yarnall
_____
Trustee

STATEMENT:  This Unified Form is associated with an open bankruptcy case , therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**