Rick A. Yarnall
Chapter 13 Trustee
701 Bridger Ave., Suite 820
Las Vegas, NV 89101
702-853-4500

UNITED STATE BANKRUPTCY COURT
DISTRICT OF NEVADA

**<u>CERTIFICATE OF SERVICE</u>**

IN RE:  Sonia Lopez
CASE NO: BKS-15-14086-mkn

I hereby certify that I am an employee of RICK A. YARNALL, Chapter 13 Bankruptcy Trustee; that I am over the age of 18 years; and that on  Tuesday, January 12, 2021 , I provided a copy of the Chapter 13 Standing Trustee' Final Report and Account to each of the following by:

**[x] a. United States mail, via First Class United States Mail, postage fully prepaid.**

   See EXHIBIT A for mailing matrix

**[x] b. ECF System:**

- â€¢SETH D BALLSTAEDT    help@bkvegas.com, ballstaedtecf@gmail.com;r49890@notify.bestcase.com
- â€¢MICHAEL R. BROOKS    mbrooks@hutchlegal.com, jversoza@hutchlegal.com
- â€¢BRANDY L BROWN    bbrown@ajkunglaw.com, ajkung@ajkunglaw.com;paralegal2@ajkunglaw.com;paralegal5@ajkunglaw
- â€¢ACE C VAN PATTEN    avp@tblaw.com, nvbk@tblaw.com
- â€¢RICK A. YARNALL    ecfmail@LasVegas13.com, ecfimport@lasvegas13.com

**/s/Leah Engel
Leah Engel, an Employee of
RICK A. YARNALL
Chapter 13 Bankruptcy Trustee**

<u>**CERTIFICATE OF SERVICE**</u> - EXHIBIT A - Mailing Matrix

SONIA LOPEZ  3910 PECOS MCLEOD C100 LAS VEGAS, NV 89121-4304