United States Bankruptcy Court
District of Nevada

In re:  
SONIA LOPEZ  
    Debtor

Case No. 15-14086-mkn  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0978-2  User: valenzuel  Page 1 of 7  
Date Rcvd: Jan 20, 2021  Form ID: 3180W  Total Noticed: 98

The following symbols are used throughout this certificate:  
**Symbol  Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | SONIA LOPEZ, 3910 PECOS MCLEOD C100, LAS VEGAS, NV 89121-4304 |
| ust | + | JARED A DAY, OFFICE OF THE U.S. TRUSTEE, 300 BOOTH STREET, #3009, RENO, NV 89509-1362 |
| ust | + | LINDSAY P. S. KOLBA, 300 LAS VEGAS BLVD SOUTH, SUITE 4300, LAS VEGAS, NV 89101-5803 |
| md | #+ | Kung & Brown, Kung & Brown, 214 S. Maryland Pkwy., Las Vegas, NV 89101-5319 |
| 9521164 | + | Acs/Wachovia Ed Financ, Acct No xxxxxx7841, 501 Bleecker St, Utica, NY 13501-2401 |
| 9521165 | + | Acs/Wachovia Ed Financ, Acct No xxxxxx7843, 501 Bleecker St, Utica, NY 13501-2401 |
| 9521166 | + | Acs/Wachovia Ed Financ, Acct No xxxxxx7844, 501 Bleecker St, Utica, NY 13501-2401 |
| 9521167 | + | Acs/Wachovia Education, Acct No xxxxxx7842, 501 Bleecker St, Utica, NY 13501-2401 |
| 9521168 | + | Acs/Wachovia Education, Acct No xxxxxx7845, 501 Bleecker St, Utica, NY 13501-2401 |
| 9521169 | + | Acs/Wells Fargo, Acct No xxxxxx7846, 501 Bleecker St, Utica, NY 13501-2401 |
| 9521170 | + | Aes/Chase Elt Wac Llcn, Acct No xxxxxxxxxxxx0001, Po Box 61047, Harrisburg, PA 17106-1047 |
| 9521171 | + | Aes/Chase Elt Wac Llcn, Acct No xxxxxxxxxxxx0002, Po Box 61047, Harrisburg, PA 17106-1047 |
| 9521172 | + | Aes/Pheaa, Acct No xxxxxxxx4002, Po Box 61047, Harrisburg, PA 17106-1047 |
| 9521174 | + | Brilena Inc., 2020 Camino Del Rio N 230, San Diego, CA 92108-1543 |
| 9610832 | + | Brilena, Inc., c/o Brooks Hubley LLP, 1645 Village Center Cir., Ste. 200, Las Vegas, NV 89134-6372 |
| 9521182 | + | CNA foreclosure Service, 2020 Camino Del Rio N 230, San Diego, CA 92108-1543 |
| 10173765 | + | CONN APPLIANCES, INC., C/O BECKET AND LEE LLP, PO BOX 3002, DEPT CONNS, MALVERN PA 19355-0702 |
| 9521177 | | Clark County Assessor, Acct No DO NOT DELETE, C/O Bankruptcy Clerk, 500 S. Grand Central Parkway, Box 551401 Las Vegas, NV 89155-1401 |
| 9521180 | + | Clark County Collectio, Acct No xxx1683, 8860 W Sunset Rd Ste 100, Las Vegas, NV 89148-4899 |
| 9521178 | + | Clark County Collectio, Acct No xxx7256, 8860 W Sunset Rd Ste 100, Las Vegas, NV 89148-4899 |
| 9521179 | + | Clark County Collectio, Acct No xxx8721, 8860 W Sunset Rd Ste 100, Las Vegas, NV 89148-4899 |
| 9521181 | | Clark County Treasurer, Acct No DO NOT DELETE, c/o Bankruptcy Clerk, 500 S Grand Central Pkwy, Box 551220 Las Vegas, NV 89155-1220 |
| 9609918 | + | Conns Appliances Inc. as Attorney-in-Fact and Serv, P.O. Box 2358, Beaumont, TX 77704-2358 |
| 9521193 | + | Dept. of Employment, Training & Rehab, Acct No DO NOT DELETE, Employment Security Division, 500 East Third Street, Carson City, NV 89713-0002 |
| 9521195 | + | Finance & Thrift Compa, Acct No xxxxx1001, 268 N Main St, Porterville, CA 93257-3728 |
| 9521201 | + | First Data, Acct No xxxxxxxx5000, 265 Broad Hollow R, Melville, NY 11747-4833 |
| 9521208 | + | Lamont Hanley & Associ, Acct No xxx0349, 1138 Elm St, Manchester, NH 03101-1531 |
| 9550017 | + | Loan Mart, 6010 W. Cheyenne Ave. #11, Las Vegas, NV 89108-4240 |
| 9521213 | | Natl Univ, Acct No xxx8766, 11355 North Torre, La Jolla, CA 92037 |
| 9648549 | + | Porania LLC, c/o Biltmore Asset Management, 24500 Center Ridge Rd Ste 472, Westlake, OH 44145-5605 |
| 9521217 | + | Resmae Mortgage Corpor, Acct No xxxxxx6933, 3350 E Birch St Ste 102, Brea, CA 92821-6266 |
| 9540984 | + | SOUTHERN CALIFORNIA EDISON COMPANY, ATTENTION: CREDIT AND PAYMENT SERVICES, 1551 W. SAN BERNARDINO RD., COVINA, CA 91722-3407 |
| 9521218 | + | So Calif Edison Compan, Acct No xxxxx4242, 2131 Walnut Grove Ave, Rosemead, CA 91770-3769 |
| 9521219 | | Staniscontr, Acct No xxxxxx40N1, 914 14th St, Modesto, CA 95354-1011 |
| 9521220 | + | State of Nevada Dept. of Motor Vehicles, Acct No DO NOT DELETE, Attn: Legal Division, 555 Wright Way, Carson City, NV 89711-0001 |
| 9521226 | ++ | U S DEPARTMENT OF EDUCATION, P O BOX 5609, GREENVILLE TX 75403-5609 address filed with court:, Us Dept Ed, Acct No xxxxxx7841, Po Box 7202, Utica, NY 13504-7202 |

| District/off: 0978-2 | User: valenzuel | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Jan 20, 2021 | Form ID: 3180W | Total Noticed: 98 |

| | | |
|---|---|---|
| 9880565 | + | Unified Mortgage Services, Inc., 2020 Camino Del Rio N. #230, San Diego, CA 92108-1543 |
| 9521237 | + | Wachovia Ed Finance, Acct No xxxxxx7846, 501 Bleecker St, Utica, NY 13501-2401 |
| 9521244 | + | Xls/Cit, Acct No xxxxxxxxxxxx0001, 1 Cit Dr, Livingston, NJ 07039-5703 |
| 9521243 | + | Xls/Cit, Acct No xxxxxxxxxxxx0002, 1 Cit Dr, Livingston, NJ 07039-5703 |

TOTAL: 40

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: ebn@lasvegas13.com | Jan 21 2021 04:52:00 | RICK A. YARNALL, 701 BRIDGER AVE., #820, LAS VEGAS, NV 89101-8943 |
| ust | + | Email/Text: USTPRegion17.LV.ECF@usdoj.gov | Jan 21 2021 04:52:00 | ANTONIA G DARLING, 300 LAS VEGAS BLVD., SO. #4300, LAS VEGAS, NV 89101-5803 |
| ust | + | Email/Text: ustpregion17.sf.ecf@usdoj.gov | Jan 21 2021 04:52:00 | DONNA LEE JENSEN, OFFICE OF THE UNITED STATES TRUSTEE, 235 PINE STREET, STE 700, SAN FRANCISCO, CA 94104-2759 |
| ust | + | Email/Text: John.Nemecek@USDOJ.GOV | Jan 21 2021 04:52:00 | JOHN W. NEMECEK, OFFICE OF THE U.S. TRUSTEE, 300 BOOTH STREET, #3009, RENO, NV 89509-1362 |
| ust | + | Email/Text: USTPRegion17.RE.ECF@usdoj.gov | Jan 21 2021 04:52:00 | NICHOLAS STROZZA, 300 BOOTH ST RM 3009, RENO, NV 89509-1362 |
| ust | | Email/Text: cameron.m.gulden@usdoj.gov | Jan 21 2021 04:52:00 | CAMERON M. GULDEN, OFFICE OF THE U.S. TRUSTEE, 300 BOOTH STREET, ROOM 3009, RENO, NV 89509 |
| ust | + | Email/Text: ustpregion17.sf.ecf@usdoj.gov | Jan 21 2021 04:52:00 | TRACY HOPE DAVIS, OFFICE OF THE U.S. TRUSTEE, 235 PINE ST #700, SAN FRANCISCO, CA 94104-2759 |
| ust | + | Email/Text: USTPRegion17.RE.ECF@usdoj.gov | Jan 21 2021 04:52:00 | WILLIAM B COSSITT, U.S. TRUSTEE'S OFFICE, 300 BOOTH ST, #3009, RENO, NV 89509-1360 |
| 9521162 | + | EDI: AARGON.COM | Jan 21 2021 06:38:00 | Aargon Agency Inc, Acct No xxxxxx8983, 8668 Spring Mountain Rd, Las Vegas, NV 89117-4132 |
| 9521163 | + | Email/Text: bankruptcy@rentacenter.com | Jan 21 2021 04:53:00 | Acceptance Now, Acct No xxxxxxxxxxxxxxxxxxxx0123, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 9565566 | | EDI: AIS.COM | Jan 21 2021 06:38:00 | American InfoSource LP as agent for, T Mobile/T-Mobile USA Inc, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 9521173 | | EDI: BANKAMER.COM | Jan 21 2021 06:38:00 | Bk Of Amer, Acct No xxxxxxxxxxxx5623, Po Box 982235, El Paso, TX 79998 |
| 9618691 | + | Email/Text: michael@car-llc.com | Jan 21 2021 04:51:00 | Capital Asset Recovery, P.O. Box 192585, Dallas, TX 75219-8523 |
| 9521175 | + | Email/Text: bankruptcy@cavps.com | Jan 21 2021 04:52:00 | Cavalry Port, Acct No xxxx9584, 500 Summit Lake Dr Suite 400, Valhalla, NY 10595-2321 |
| 9595264 | + | Email/Text: bankruptcy@cavps.com | Jan 21 2021 04:52:00 | Cavalry SPV II, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 9732109 | + | Email/Text: maurgene.avalos@visalia.city | Jan 21 2021 04:52:00 | City of Visalia, Acct No xxxxxxxxxx-xxxxx5369, 336 N. Ben Maddox Way, Visalia, CA 93292-6631 |
| 9521183 | + | Email/Text: bncnotices@becket-lee.com | Jan 21 2021 04:53:00 | Conns Credit Corp, Acct No xxxxx8430, 3295 College St, Beaumont, TX 77701-4611 |
| 9521185 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 21 2021 04:52:00 | Dept Of Education/Neln, Acct No xxxxxxxxxxx1086, 121 S 13th St, Lincoln, NE |

| District/off: 0978-2 | User: valenzuel | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Jan 20, 2021 | Form ID: 3180W | Total Noticed: 98 |

| | | | | |
|---|---|---|---|---|
| | | | | 68508-1904 |
| 9521192 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 21 2021 04:52:00 | Dept Of Education/Neln, Acct No xxxxxxxxxxx1186, 121 S 13th St, Lincoln, NE 68508-1904 |
| 9521184 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 21 2021 04:52:00 | Dept Of Education/Neln, Acct No xxxxxxxxxxx1286, 121 S 13th St, Lincoln, NE 68508-1904 |
| 9521191 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 21 2021 04:52:00 | Dept Of Education/Neln, Acct No xxxxxxxxxxx1386, 121 S 13th St, Lincoln, NE 68508-1904 |
| 9521187 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 21 2021 04:52:00 | Dept Of Education/Neln, Acct No xxxxxxxxxxx0586, 121 S 13th St, Lincoln, NE 68508-1904 |
| 9521190 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 21 2021 04:52:00 | Dept Of Education/Neln, Acct No xxxxxxxxxxx0686, 121 S 13th St, Lincoln, NE 68508-1904 |
| 9521188 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 21 2021 04:52:00 | Dept Of Education/Neln, Acct No xxxxxxxxxxx0786, 121 S 13th St, Lincoln, NE 68508-1904 |
| 9521186 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 21 2021 04:52:00 | Dept Of Education/Neln, Acct No xxxxxxxxxxx0886, 121 S 13th St, Lincoln, NE 68508-1904 |
| 9521189 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 21 2021 04:52:00 | Dept Of Education/Neln, Acct No xxxxxxxxxxx0986, 121 S 13th St, Lincoln, NE 68508-1904 |
| 9543054 | | EDI: ECMC.COM | Jan 21 2021 06:38:00 | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 9521194 | + | Email/Text: bankruptcy@fcnetwork.com | Jan 21 2021 04:52:00 | Fin Cr Netwk, Acct No xxx4567, 1300 W Main, Visalia, CA 93291-5825 |
| 9521197 | + | Email/Text: bankruptcy@fcnetwork.com | Jan 21 2021 04:52:00 | Financial Credit Netwo, Acct No xxx4377, 1300 W Main St, Visalia, CA 93291-5825 |
| 9521196 | + | Email/Text: bankruptcy@fcnetwork.com | Jan 21 2021 04:52:00 | Financial Credit Netwo, Acct No xxx3464, 1300 W Main St, Visalia, CA 93291-5825 |
| 9521198 | + | Email/Text: bankruptcy@fcnetwork.com | Jan 21 2021 04:52:00 | Financial Credit Netwo, Acct No xxx5727, 1300 W Main St, Visalia, CA 93291-5825 |
| 9521199 | + | Email/Text: bankruptcy@fcnetwork.com | Jan 21 2021 04:52:00 | Financial Credit Netwo, Acct No xxx9873, 1300 W Main St, Visalia, CA 93291-5825 |
| 9521200 | + | Email/Text: bankruptcy@fcnetwork.com | Jan 21 2021 04:52:00 | Financial Credit Netwo, Acct No xxx9846, 1300 W Main St, Visalia, CA 93291-5825 |
| 9521202 | + | Email/Text: HWIBankruptcy@hunterwarfield.com | Jan 21 2021 04:52:00 | Hunter Warfield, Acct No xxx2521, 4620 Woodland Corporate, Tampa, FL 33614-2415 |
| 9521203 | | Email/Text: HWIBankruptcy@hunterwarfield.com | Jan 21 2021 04:52:00 | Hunter Warfield, Inc, Acct No xxx2521, 3111 West Mlk,Jr Bvd,2nd Floor, Tampa, FL 33607 |
| 9521204 | | EDI: IRS.COM | Jan 21 2021 06:38:00 | Internal Revenue Service, Acct No DO NOT DELETE, PO Box 7346, Philadelphia, PA 19101-7346 |
| 9521176 | | EDI: JPMORGANCHASE | Jan 21 2021 06:38:00 | Chase Mtg, Acct No xxxxxxxxx6978, Po Box 24696, Columbus, OH 43224 |
| 9521210 | + | EDI: MASSDOR | Jan 21 2021 06:38:00 | Massachusetts Department of Revenue, Acct No DO NOT DELETE, Bankruptcy Unit, PO Box 9564, 100 Cambridge Street, 7th Floor, Boston, MA 02114-2509 |
| 9521212 | + | EDI: VERIZONCOMB.COM | Jan 21 2021 06:38:00 | Mci, Acct No xxxx2034, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |
| 9521211 | + | EDI: VERIZONCOMB.COM | Jan 21 2021 06:38:00 | Mci, Acct No xxxx6844, 500 Technology Dr Ste |

| District/off: 0978-2 | User: valenzuel | Page 4 of 7 |
|---|---|---|
| Date Rcvd: Jan 20, 2021 | Form ID: 3180W | Total Noticed: 98 |

| | | | | |
|---|---|---|---|---|
| | | | | 30, Weldon Spring, MO 63304-2225 |
| 9521214 | + | Email/Text: tax-bankruptcy@tax.state.nv.us | Jan 21 2021 04:52:00 | Nevada Dept. of Taxations, Bankruptcy, Acct No DO NOT DELETE, 555 E Washington Ave, #1300, Las Vegas, NV 89101-1046 |
| 9581869 | + | Email/Text: ecfbankruptcy@progleasing.com | Jan 21 2021 04:52:00 | PROG LEASING, LLC, 256 WEST DATA DRIVE, DRAPER, UT 84020-2315 |
| 9576407 | + | Email/Text: plcdept@qualityfin.com | Jan 21 2021 04:52:00 | QUALITY ACCEPTANCE LLC, 14546 HAMLIN ST 3RD FL, VAN NUYS, CA 91411-4117 |
| 9636841 | + | Email/Text: service@quantumcollections.com | Jan 21 2021 04:51:00 | QUANTUM COLLECTIONS, 3080 S DURANGO DR STE 105, LAS VEGAS, NV 89117-4411 |
| 9521215 | + | Email/Text: plcdept@qualityfin.com | Jan 21 2021 04:52:00 | Quality Acceptance Llc, Acct No xxxxx8943, 14546 Hamlin St, Van Nuys, CA 91411-4117 |
| 9521216 | + | Email/Text: service@quantumcollections.com | Jan 21 2021 04:51:00 | Quantum Collections, Acct No xxxx3801, 3224 Civic Center Dr, North Las Vegas, NV 89030-4506 |
| 9521221 | + | EDI: WTRRNBANK.COM | Jan 21 2021 06:38:00 | Td Bank Usa/Targetcred, Acct No xxxxx2707, Po Box 673, Minneapolis, MN 55440-0673 |
| 9521222 | + | EDI: WTRRNBANK.COM | Jan 21 2021 06:38:00 | Tnb - Target, Acct No x0311, Po Box 673, Minneapolis, MN 55440-0673 |
| 9534301 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 21 2021 04:52:00 | U.S. Department of Education, C/O Nelnet, 3015 South Parker Road, Suite 400, Aurora, CO 80014-2904 |
| 9521225 | | EDI: USBANKARS.COM | Jan 21 2021 06:38:00 | Us Bank, Acct No xxxxxxxxxxxx4621, 4325 17th Ave S, Fargo, ND 58125 |
| 9521224 | + | Email/Text: USTPRegion17.LV.ECF@usdoj.gov | Jan 21 2021 04:52:00 | United States Trustee, Acct No DO NOT DELETE, 300 Las Vegas Blvd. South #4300, Las Vegas, NV 89101-5803 |
| 9521238 | + | EDI: WFFC.COM | Jan 21 2021 06:38:00 | Wells Fargo, Acct No xxxxxxxxxxxxx9001, Po Box 29704, Phoenix, AZ 85038-9704 |
| 9521239 | + | EDI: WFFC.COM | Jan 21 2021 06:38:00 | Wf Efs, Acct No xxxx2297, Po Box 84712 Po Box 84712, Sioux Falls, SD 57118-4712 |
| 9521240 | + | EDI: WFFC.COM | Jan 21 2021 06:38:00 | Wf Efs, Acct No xxxx2309, Po Box 84712 Po Box 84712, Sioux Falls, SD 57118-4712 |
| 9521242 | + | EDI: WFFC.COM | Jan 21 2021 06:38:00 | Wf Efs, Acct No xxxx9970, Po Box 84712 Po Box 84712, Sioux Falls, SD 57118-4712 |
| 9521241 | + | EDI: WFFC.COM | Jan 21 2021 06:38:00 | Wf Efs, Acct No xxxx9968, Po Box 84712 Po Box 84712, Sioux Falls, SD 57118-4712 |
| 9853931 | + | Email/Text: bankruptcy@800loanmart.com | Jan 21 2021 04:53:00 | Wheels Financial Group, LLC dba 1-800LoanMart, 15821 Ventura Blvd., Ste 280, Encino, CA 91436-5218 |
| 9550001 | + | EDI: ECMC.COM | Jan 21 2021 06:38:00 | ecmc, Acct No xxxxxxxxxxx1286, po box 16408, Saint Paul, MN 55116-0408 |

TOTAL: 58

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BRILENA, INC., BROOKS HUBLEY, LLP, 1645 VILLAGE CTR CR, STE 200, LAS VEGAS |
| 9521209 | | LR 2002 // Fed Rules 5003 notice ADDRESS, Acct No DO NOT DELETE |
| 9550018 | | LR 2002 // Fed Rules 5003 notice ADDRESS, Acct No DO NOT DELETE |
| aty | *+ | RICK A. YARNALL, 701 BRIDGER AVE., #820, LAS VEGAS, NV 89101-8943 |

| | | |
|---|---|---|
| District/off: 0978-2 | User: valenzuel | Page 5 of 7 |
| Date Rcvd: Jan 20, 2021 | Form ID: 3180W | Total Noticed: 98 |

| | | |
|---|---|---|
| cr | *+ | CAPITAL ASSET RECOVERY, PO BOX 192585, DALLAS, TX 75219-8523 |
| 9549969 | *+ | Aargon Agency Inc, Acct No xxxxxx8983, 8668 Spring Mountain Rd, Las Vegas, NV 89117-4132 |
| 9549970 | *+ | Acceptance Now, Acct No xxxxxxxxxxxxxxxxxx0123, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 9549971 | *+ | Acs/Wachovia Ed Financ, Acct No xxxxxx7841, 501 Bleecker St, Utica, NY 13501-2401 |
| 9549972 | *+ | Acs/Wachovia Ed Financ, Acct No xxxxxx7843, 501 Bleecker St, Utica, NY 13501-2401 |
| 9549973 | *+ | Acs/Wachovia Ed Financ, Acct No xxxxxx7844, 501 Bleecker St, Utica, NY 13501-2401 |
| 9549974 | *+ | Acs/Wachovia Education, Acct No xxxxxx7842, 501 Bleecker St, Utica, NY 13501-2401 |
| 9549975 | *+ | Acs/Wachovia Education, Acct No xxxxxx7845, 501 Bleecker St, Utica, NY 13501-2401 |
| 9549976 | *+ | Acs/Wells Fargo, Acct No xxxxxx7846, 501 Bleecker St, Utica, NY 13501-2401 |
| 9549977 | *+ | Aes/Chase Elt Wac Llcn, Acct No xxxxxxxxxxxx0001, Po Box 61047, Harrisburg, PA 17106-1047 |
| 9549978 | *+ | Aes/Chase Elt Wac Llcn, Acct No xxxxxxxxxxxx0002, Po Box 61047, Harrisburg, PA 17106-1047 |
| 9549979 | *+ | Aes/Pheaa, Acct No xxxxxxxx4002, Po Box 61047, Harrisburg, PA 17106-1047 |
| 9549980 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bk Of Amer, Acct No xxxxxxxxxxxx5623, Po Box 982235, El Paso, TX 79998 |
| 9549981 | *+ | Brilena Inc., 2020 Camino Del Rio N 230, San Diego, CA 92108-1543 |
| 9549989 | *+ | CNA foreclosure Service, 2020 Camino Del Rio N 230, San Diego, CA 92108-1543 |
| 9549982 | *+ | Cavalry Port, Acct No xxxx9584, 500 Summit Lake Dr Suite 400, Valhalla, NY 10595-2321 |
| 9733361 | *+ | City of Visalia, Acct No xxxxxxxxxx-xxxxx5369, 336 N. Ben Maddox Way, Visalia, CA 93292-6631 |
| 9549984 | * | Clark County Assessor, Acct No DO NOT DELETE, C/O Bankruptcy Clerk, 500 S. Grand Central Parkway, Box 551401, Las Vegas, NV 89155-1401 |
| 9549985 | *+ | Clark County Collectio, Acct No xxx7256, 8860 W Sunset Rd Ste 100, Las Vegas, NV 89148-4899 |
| 9549987 | *+ | Clark County Collectio, Acct No xxx1683, 8860 W Sunset Rd Ste 100, Las Vegas, NV 89148-4899 |
| 9549986 | *+ | Clark County Collectio, Acct No xxx8721, 8860 W Sunset Rd Ste 100, Las Vegas, NV 89148-4899 |
| 9549988 | * | Clark County Treasurer, Acct No DO NOT DELETE, c/o Bankruptcy Clerk, 500 S Grand Central Pkwy, Box 551220, Las Vegas, NV 89155-1220 |
| 9549990 | *+ | Conns Credit Corp, Acct No xxxxx8430, 3295 College St, Beaumont, TX 77701-4611 |
| 9549992 | *+ | Dept Of Education/Neln, Acct No xxxxxxxxxxx1086, 121 S 13th St, Lincoln, NE 68508-1904 |
| 9549999 | *+ | Dept Of Education/Neln, Acct No xxxxxxxxxxx1186, 121 S 13th St, Lincoln, NE 68508-1904 |
| 9549991 | *+ | Dept Of Education/Neln, Acct No xxxxxxxxxxx1286, 121 S 13th St, Lincoln, NE 68508-1904 |
| 9549998 | *+ | Dept Of Education/Neln, Acct No xxxxxxxxxxx1386, 121 S 13th St, Lincoln, NE 68508-1904 |
| 9549994 | *+ | Dept Of Education/Neln, Acct No xxxxxxxxxxx0586, 121 S 13th St, Lincoln, NE 68508-1904 |
| 9549997 | *+ | Dept Of Education/Neln, Acct No xxxxxxxxxxx0686, 121 S 13th St, Lincoln, NE 68508-1904 |
| 9549995 | *+ | Dept Of Education/Neln, Acct No xxxxxxxxxxx0786, 121 S 13th St, Lincoln, NE 68508-1904 |
| 9549993 | *+ | Dept Of Education/Neln, Acct No xxxxxxxxxxx0886, 121 S 13th St, Lincoln, NE 68508-1904 |
| 9549996 | *+ | Dept Of Education/Neln, Acct No xxxxxxxxxxx0986, 121 S 13th St, Lincoln, NE 68508-1904 |
| 9550000 | *+ | Dept. of Employment, Training & Rehab, Acct No DO NOT DELETE, Employment Security Division, 500 East Third Street, Carson City, NV 89713-0002 |
| 9550002 | *+ | Fin Cr Netwk, Acct No xxx4567, 1300 W Main, Visalia, CA 93291-5825 |
| 9550003 | *+ | Finance & Thrift Compa, Acct No xxxxx1001, 268 N Main St, Porterville, CA 93257-3728 |
| 9550005 | *+ | Financial Credit Netwo, Acct No xxx4377, 1300 W Main St, Visalia, CA 93291-5825 |
| 9550004 | *+ | Financial Credit Netwo, Acct No xxx3464, 1300 W Main St, Visalia, CA 93291-5825 |
| 9550006 | *+ | Financial Credit Netwo, Acct No xxx5727, 1300 W Main St, Visalia, CA 93291-5825 |
| 9550007 | *+ | Financial Credit Netwo, Acct No xxx9873, 1300 W Main St, Visalia, CA 93291-5825 |
| 9550008 | *+ | Financial Credit Netwo, Acct No xxx9846, 1300 W Main St, Visalia, CA 93291-5825 |
| 9550009 | *+ | First Data, Acct No xxxxxxxx5000, 265 Broad Hollow R, Melville, NY 11747-4833 |
| 9550010 | *+ | Hunter Warfield, Acct No xxx2521, 4620 Woodland Corporate, Tampa, FL 33614-2415 |
| 9550011 | * | Hunter Warfield, Inc, Acct No xxx2521, 3111 West Mlk,Jr Bvd,2nd Floor, Tampa, FL 33607 |
| 9550012 | * | Internal Revenue Service, Acct No DO NOT DELETE, PO Box 7346, Philadelphia, PA 19101-7346 |
| 9550015 | *+ | J&L Teamworks, Acct No xxx7713, 651 N Cherokee Ln, Lodi, CA 95240-4267 |
| 9550013 | *+ | J&L Teamworks, Acct No xxx2336, 651 N Cherokee Ln, Lodi, CA 95240-4267 |
| 9550014 | *+ | J&L Teamworks, Acct No xxx9759, 651 N Cherokee Ln, Lodi, CA 95240-4267 |
| 9549983 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Mtg, Acct No xxxxxxxxx6978, Po Box 24696, Columbus, OH 43224 |
| 9550016 | *+ | Lamont Hanley & Associ, Acct No xxx0349, 1138 Elm St, Manchester, NH 03101-1531 |
| 9550019 | *+ | Massachusetts Department of Revenue, Acct No DO NOT DELETE, Bankruptcy Unit, PO Box 9564, 100 Cambridge Street, 7th Floor, Boston, MA 02114-2509 |
| 9550021 | *+ | Mci, Acct No xxxx2034, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |
| 9550020 | *+ | Mci, Acct No xxxx6844, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |
| 9550022 | * | Natl Univ, Acct No xxx8766, 11355 North Torre, La Jolla, CA 92037 |
| 9550023 | *+ | Nevada Dept. of Taxations, Bankruptcy, Acct No DO NOT DELETE, 555 E Washington Ave, #1300, Las Vegas, NV 89101-1046 |
| 9550024 | *+ | Quality Acceptance Llc, Acct No xxxxx8943, 14546 Hamlin St, Van Nuys, CA 91411-4117 |
| 9550025 | *+ | Quantum Collections, Acct No xxxx3801, 3224 Civic Center Dr, North Las Vegas, NV 89030-4506 |
| 9550026 | *+ | Resmae Mortgage Corpor, Acct No xxxxxx6933, 3350 E Birch St Ste 102, Brea, CA 92821-6266 |
| 9550027 | *+ | So Calif Edison Compan, Acct No xxxxx4242, 2131 Walnut Grove Ave, Rosemead, CA 91770-3769 |

| District/off: 0978-2 | User: valenzuel | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Jan 20, 2021 | Form ID: 3180W | Total Noticed: 98 |

| | | |
|---|---|---|
| 9550028 | * | Stanisccontr, Acct No xxxxxxx40N1, 914 14th St, Modesto, CA 95354-1011 |
| 9550029 | *+ | State of Nevada Dept. of Motor Vehicles, Acct No DO NOT DELETE, Attn: Legal Division, 555 Wright Way, Carson City, NV 89711-0001 |
| 9550030 | *+ | Td Bank Usa/Targetcred, Acct No xxxxx2707, Po Box 673, Minneapolis, MN 55440-0673 |
| 9550031 | *+ | Tnb - Target, Acct No x0311, Po Box 673, Minneapolis, MN 55440-0673 |
| 9550032 | *+ | Trident Asset Manageme, Acct No xxxxxx0349, 53 Perimeter Ctr E Ste 4, Atlanta, GA 30346-2230 |
| 9550035 | *P++ | U S DEPARTMENT OF EDUCATION, P O BOX 5609, GREENVILLE TX 75403-5609, address filed with court:, Us Dept Ed, Acct No xxxxxx7841, Po Box 7202, Utica, NY 13504-7202 |
| 9521227 | *P++ | U S DEPARTMENT OF EDUCATION, P O BOX 5609, GREENVILLE TX 75403-5609, address filed with court:, Us Dept Ed, Acct No xxxxxx7842, Po Box 7202, Utica, NY 13504-7202 |
| 9550036 | *P++ | U S DEPARTMENT OF EDUCATION, P O BOX 5609, GREENVILLE TX 75403-5609, address filed with court:, Us Dept Ed, Acct No xxxxxx7842, Po Box 7202, Utica, NY 13504-7202 |
| 9521236 | *P++ | U S DEPARTMENT OF EDUCATION, P O BOX 5609, GREENVILLE TX 75403-5609, address filed with court:, Us Dept Ed, Acct No xxxxxxxxxxx5786, Po Box 7202, Utica, NY 13504-7202 |
| 9550045 | *P++ | U S DEPARTMENT OF EDUCATION, P O BOX 5609, GREENVILLE TX 75403-5609, address filed with court:, Us Dept Ed, Acct No xxxxxxxxxxx5786, Po Box 7202, Utica, NY 13504-7202 |
| 9521228 | *P++ | U S DEPARTMENT OF EDUCATION, P O BOX 5609, GREENVILLE TX 75403-5609, address filed with court:, Us Dept Ed, Acct No xxxxxxxxxxx8886, Po Box 7202, Utica, NY 13504-7202 |
| 9550037 | *P++ | U S DEPARTMENT OF EDUCATION, P O BOX 5609, GREENVILLE TX 75403-5609, address filed with court:, Us Dept Ed, Acct No xxxxxxxxxxx8886, Po Box 7202, Utica, NY 13504-7202 |
| 9521229 | *P++ | U S DEPARTMENT OF EDUCATION, P O BOX 5609, GREENVILLE TX 75403-5609, address filed with court:, Us Dept Ed, Acct No xxxxxxxxxxx8986, Po Box 7202, Utica, NY 13504-7202 |
| 9550038 | *P++ | U S DEPARTMENT OF EDUCATION, P O BOX 5609, GREENVILLE TX 75403-5609, address filed with court:, Us Dept Ed, Acct No xxxxxxxxxxx8986, Po Box 7202, Utica, NY 13504-7202 |
| 9521230 | *P++ | U S DEPARTMENT OF EDUCATION, P O BOX 5609, GREENVILLE TX 75403-5609, address filed with court:, Us Dept Ed, Acct No xxxxxxxxxxx9086, Po Box 7202, Utica, NY 13504-7202 |
| 9550039 | *P++ | U S DEPARTMENT OF EDUCATION, P O BOX 5609, GREENVILLE TX 75403-5609, address filed with court:, Us Dept Ed, Acct No xxxxxxxxxxx9086, Po Box 7202, Utica, NY 13504-7202 |
| 9521231 | *P++ | U S DEPARTMENT OF EDUCATION, P O BOX 5609, GREENVILLE TX 75403-5609, address filed with court:, Us Dept Ed, Acct No xxxxxxxxxxx9186, Po Box 7202, Utica, NY 13504-7202 |
| 9550040 | *P++ | U S DEPARTMENT OF EDUCATION, P O BOX 5609, GREENVILLE TX 75403-5609, address filed with court:, Us Dept Ed, Acct No xxxxxxxxxxx9186, Po Box 7202, Utica, NY 13504-7202 |
| 9521232 | *P++ | U S DEPARTMENT OF EDUCATION, P O BOX 5609, GREENVILLE TX 75403-5609, address filed with court:, Us Dept Ed, Acct No xxxxxxxxxxx9286, Po Box 7202, Utica, NY 13504-7202 |
| 9550041 | *P++ | U S DEPARTMENT OF EDUCATION, P O BOX 5609, GREENVILLE TX 75403-5609, address filed with court:, Us Dept Ed, Acct No xxxxxxxxxxx9286, Po Box 7202, Utica, NY 13504-7202 |
| 9521233 | *P++ | U S DEPARTMENT OF EDUCATION, P O BOX 5609, GREENVILLE TX 75403-5609, address filed with court:, Us Dept Ed, Acct No xxxxxxxxxxx9386, Po Box 7202, Utica, NY 13504-7202 |
| 9550042 | *P++ | U S DEPARTMENT OF EDUCATION, P O BOX 5609, GREENVILLE TX 75403-5609, address filed with court:, Us Dept Ed, Acct No xxxxxxxxxxx9386, Po Box 7202, Utica, NY 13504-7202 |
| 9521234 | *P++ | U S DEPARTMENT OF EDUCATION, P O BOX 5609, GREENVILLE TX 75403-5609, address filed with court:, Us Dept Ed, Acct No xxxxxxxxxxx9486, Po Box 7202, Utica, NY 13504-7202 |
| 9550043 | *P++ | U S DEPARTMENT OF EDUCATION, P O BOX 5609, GREENVILLE TX 75403-5609, address filed with court:, Us Dept Ed, Acct No xxxxxxxxxxx9486, Po Box 7202, Utica, NY 13504-7202 |
| 9521235 | *P++ | U S DEPARTMENT OF EDUCATION, P O BOX 5609, GREENVILLE TX 75403-5609, address filed with court:, Us Dept Ed, Acct No xxxxxxxxxxx9586, Po Box 7202, Utica, NY 13504-7202 |
| 9550044 | *P++ | U S DEPARTMENT OF EDUCATION, P O BOX 5609, GREENVILLE TX 75403-5609, address filed with court:, Us Dept Ed, Acct No xxxxxxxxxxx9586, Po Box 7202, Utica, NY 13504-7202 |
| 9550034 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, Us Bank, Acct No xxxxxxxxxxxx4621, 4325 17th Ave S, Fargo, ND 58125 |
| 9550033 | *+ | United States Trustee, Acct No DO NOT DELETE, 300 Las Vegas Blvd. South #4300, Las Vegas, NV 89101-5803 |
| 9550046 | *+ | Wachovia Ed Finance, Acct No xxxxxx7846, 501 Bleecker St, Utica, NY 13501-2401 |
| 9550047 | *+ | Wells Fargo, Acct No xxxxxxxxxxxx9001, Po Box 29704, Phoenix, AZ 85038-9704 |
| 9550048 | *+ | Wf Efs, Acct No xxxx2297, Po Box 84712 Po Box 84712, Sioux Falls, SD 57118-4712 |
| 9550049 | *+ | Wf Efs, Acct No xxxx2309, Po Box 84712 Po Box 84712, Sioux Falls, SD 57118-4712 |
| 9550051 | *+ | Wf Efs, Acct No xxxx9970, Po Box 84712 Po Box 84712, Sioux Falls, SD 57118-4712 |
| 9550050 | *+ | Wf Efs, Acct No xxxx9968, Po Box 84712 Po Box 84712, Sioux Falls, SD 57118-4712 |
| 9550053 | *+ | Xls/Cit, Acct No xxxxxxxxxxxx0001, 1 Cit Dr, Livingston, NJ 07039-5703 |
| 9550052 | *+ | Xls/Cit, Acct No xxxxxxxxxxxx0002, 1 Cit Dr, Livingston, NJ 07039-5703 |
| 9549395 | ##+ | J&L TEAMWORKS, 651 N. CHEROKEE LN, SUITE B2, LODI, CA 95240-4267 |
| 9521207 | ##+ | J&L Teamworks, Acct No xxx7713, 651 N Cherokee Ln, Lodi, CA 95240-4267 |
| 9521205 | ##+ | J&L Teamworks, Acct No xxx2336, 651 N Cherokee Ln, Lodi, CA 95240-4267 |
| 9521206 | ##+ | J&L Teamworks, Acct No xxx9759, 651 N Cherokee Ln, Lodi, CA 95240-4267 |
| 9612795 | ##+ | Porania LLC, P. O. Box 11405, Memphis, TN 38111-0405 |
| 9521223 | ##+ | Trident Asset Manageme, Acct No xxxxxx0349, 53 Perimeter Ctr E Ste 4, Atlanta, GA 30346-2230 |

TOTAL: 3 Undeliverable, 95 Duplicate, 6 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0978-2 | User: valenzuel | Page 7 of 7 |
| Date Rcvd: Jan 20, 2021 | Form ID: 3180W | Total Noticed: 98 |

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 22, 2021         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ACE C VAN PATTEN | on behalf of Creditor BRILENA  INC. avp@tblaw.com, nvbk@tblaw.com |
| BRANDY L BROWN | on behalf of Mediator Kung & Brown bbrown@ajkunglaw.com ajkung@ajkunglaw.com;paralegal2@ajkunglaw.com;paralegal5@ajkunglaw.com;paralegal6@ajkunglaw.com;paralegal4@ajkunglaw.com |
| MICHAEL R. BROOKS | on behalf of Creditor BRILENA  INC. mbrooks@hutchlegal.com, jversoza@hutchlegal.com |
| RICK A. YARNALL | ecfmail@LasVegas13.com  ecfimport@lasvegas13.com |
| RICK A. YARNALL | on behalf of Trustee RICK A. YARNALL ecfmail@LasVegas13.com  ecfimport@lasvegas13.com |
| SETH D BALLSTAEDT | on behalf of Debtor SONIA LOPEZ help@bkvegas.com  ballstaedtecf@gmail.com;r49890@notify.bestcase.com |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **SONIA LOPEZ** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5784 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Nevada** | | |
| Case number:   **15–14086–mkn** | | |

# Order of Discharge                                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

SONIA LOPEZ

<u>1/20/21</u>                                                                 **By the court:**    <u>MIKE K. NAKAGAWA</u>
                                                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**